# GROUP EXHIBIT A

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Central District of Illinois

| | |
|---|---|
| COMMITTEE FOR A FAIR AND BALANCED MAP | ) |
| *Plaintiff* | ) |
| v. | ) |
| ILLINOIS STATE BOARD OF ELECTIONS | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.    1:11-cv-05065

(If the action is pending in another district, state where:
Northern District of Illinois          )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Illinois Senate
      Attn:  Jillayne Rock, Secretary of Senate, Room 401 Capitol Building, Springfield, IL 62706

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Refer to attached Rider to Subpoena.

| Place: Make produced documents available for messenger pick-up at Room 401 Capitol Building, Springfield, IL 62706. | Date and Time: <br><br> 08/29/2011 10:30 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:    08/19/2011

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

OR    *Lori E. Lightfoot* /s/

_____
*Attorney's Signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   COMMITTEE FOR A FAIR AND BALANCED MAP _____ , who issues or requests this subpoena, are:

Lori E. Lightfoot                    llightfoot@mayerbrown.com
71 S. Wacker Dr., Ste. 4471          312-701-8680
Chicago, IL 60606

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   1:11-cv-05065

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   Illinois Senate

was received by me on *(date)* _____ .

❐  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❐  I returned the subpoena unexecuted because: _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

| | |
|---|---|
| COMMITTEE FOR A FAIR AND BALANCED MAP | ) |
| _Plaintiff_ | ) |
| v. | ) |
| ILLINOIS STATE BOARD OF ELECTIONS | ) |
| | ) |
| _Defendant_ | ) |

Civil Action No.   1:11-cv-05065

(If the action is pending in another district, state where:

)

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Illinois House of Representatives
    Attn: Tim Mapes, Chief of Staff, 160 N. LaSalle, Ste. N-600, Chicago, IL 60601

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Refer to attached Rider to Subpoena.

| Place: Make produced documents available for messenger pick-up at 160 N. LaSalle, Ste. N-600, Chicago, IL 60601. | Date and Time:<br><br>08/29/2011 10:30 am |
|---|---|

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  ___08/19/2011___

| | |
|---|---|
| CLERK OF COURT | |
| | OR   _Lori E. Lightfoot_ DWO |
| _Signature of Clerk or Deputy Clerk_ | _Attorney's signature_ |

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_  COMMITTEE FOR A FAIR AND BALANCED MAP _____, who issues or requests this subpoena, are:

Lori E. Lightfoot
71 S. Wacker Dr., Ste. 4471
Chicago, IL 60606

llightfoot@mayerbrown.com
312-701-8680

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   1:11-cv-05065

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   Illinois House of Representatives _____

was received by me on *(date)* _____ .

    ☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

    ☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

                                      _____
                                            *Server's signature*

                                      _____
                                            *Printed name and title*

                                        _____
                                            *Server's address*

Additional information regarding attempted service, etc:

AO 88B (Rev 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

| | |
|---|---|
| COMMITTEE FOR A FAIR AND BALANCED MAP | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No.    1:11-cv-05065 |
| ILLINOIS STATE BOARD OF ELECTIONS | ) |
| | ) (If the action is pending in another district, state where: |
| _Defendant_ | )                                           ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:   Office of the Speaker of the Ilinois House of Representatives
      Attn: Tim Mapes, Chief of Staff, 160 N. LaSalle St., Ste. N-600, Chicago, IL 60601

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Refer to attached Rider to Subpoena.

| Place: Make produced documents available for messenger pick-up at  160 N. LaSalle St., Ste. N-600, Chicago, IL 60601. | Date and Time:   08/29/2011 10:30 am |
|---|---|

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:    08/19/2011

| CLERK OF COURT | |
|---|---|
| | OR   _Lori E. Lightfoot_  w/o |
| _____ | _____ |
| _Signature of Clerk or Deputy Clerk_ | _Attorney's signature_ |

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_   COMMITTEE FOR A FAIR AND BALANCED MAP _____, who issues or requests this subpoena, are:

Lori E. Lightfoot                    llightfoot@mayerbrown.com
71 S. Wacker Dr., Ste. 4471              312-701-8680
Chicago, IL 60606

AO 88B (Rev 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  1:11-cv-05065

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*    Office of the Speaker of the IL House of Rep.

was received by me on *(date)* _____ .

    ❑ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

_____

    ❑ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00 .

I declare under penalty of perjury that this information is true.

Date _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 88B  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Illinois

| | |
|---|---|
| COMMITTEE FOR A FAIR AND BALANCED MAP | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   1:11-cv-05065 |
| ILLINOIS STATE BOARD OF ELECTIONS | ) |
| | ) (If the action is pending in another district, state where: |
| *Defendant* | )                                          ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Office of the Senate President
     Attn:  Andrew Manar, Chief of Staff, 160 N. LaSalle Street, S720, Chicago, IL 60601

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Refer to attached Rider to Subpoena.

| Place:  Make produced documents available for messenger pick-up at 160 N. LaSalle Street, S720, Chicago, IL 60601. | Date and Time: <br><br> 08/29/2011 10:30 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  ___08/19/2011___

| CLERK OF COURT | |
|---|---|
| | OR    *Lori E. Lightfoot* DID |
| _____ | _____ |
| *Signature of Clerk or Deputy Clerk* | *Attorney's Signature* |

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  COMMITTEE FOR A FAIR AND BALANCED MAP _____ , who issues or requests this subpoena, are:

Lori E. Lightfoot                    llightfoot@mayerbrown.com
71 S. Wacker Dr., Ste. 4471              312-701-8680
Chicago, IL 60606

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   1:11-cv-05065

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   Office of the Senate President

was received by me on *(date)* _____ .

     ☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

     ☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 88B  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | |
|---|---|
| COMMITTEE FOR A FAIR AND BALANCED MAP | ) |
| *Plaintiff* | ) |
| v. | ) |
| ILLINOIS STATE BOARD OF ELECTIONS | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.   1:11-cv-05065

(If the action is pending in another district, state where:
                                                        )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Illinois House Redistricting Committee
     Attn:  Barbara Flynn Currie, Chairperson, 1303 E. 53rd Street, Chicago, IL 60615

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Refer to attached Rider to Subpoena.

| Place: Make produced documents available for messenger pick-up at 1303 E. 53rd Street, Chicago, IL 60615. | Date and Time: 08/29/2011 10:30 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:    08/19/2011

CLERK OF COURT

                                                OR   *Lori E. Lightfoot* DJD
_____                    _____
*Signature of Clerk or Deputy Clerk*                 *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  COMMITTEE FOR A FAIR AND BALANCED MAP _____ , who issues or requests this subpoena, are:

Lori E. Lightfoot              llightfoot@mayerbrown.com
71 S. Wacker Dr., Ste. 4471    312-701-8680
Chicago, IL 60606

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  1:11-cv-05065

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*    Illinois House Redistricting Committee

was received by me on *(date)* _____ .

❏ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❏ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 88B  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

| | |
|---|---|
| COMMITTEE FOR A FAIR AND BALANCED MAP | ) |
| *Plaintiff* | ) |
| v. | ) |
| ILLINOIS STATE BOARD OF ELECTIONS | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.    1:11-cv-05065

(If the action is pending in another district, state where:

)

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:   Senate Redistricting Committee
    Attn:  Kwame Raoul, Chairperson, 1509 E. 53rd St 2nd Floor, Chicago, IL 60615

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Refer to attached Rider to Subpoena.

| Place: Make produced documents available for messenger pick-up at 1509 E. 53rd St 2nd Floor, Chicago, IL 60615. | Date and Time: 08/29/2011 10:30 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:    08/19/2011

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

OR    *Lori E. Lightfoot*  ᴅ₁ᴅ
_____
*Attorney's Signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   COMMITTEE FOR A FAIR AND BALANCED MAP _____ , who issues or requests this subpoena, are:

Lori E. Lightfoot            llightfoot@mayerbrown.com
71 S. Wacker Dr., Ste. 4471        312-701-8680
Chicago, IL 60606

AO 88B  (Rev.  06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   1:11-cv-05065

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   Senate Redistricting Committee

was received by me on *(date)* _____ .

□  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

□  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 88B  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of Illinois

| | |
|---|---|
| COMMITTEE FOR A FAIR AND BALANCED MAP | ) |
| _Plaintiff_ | ) |
| v. | ) |
| ILLINOIS STATE BOARD OF ELECTIONS | ) |
| _Defendant_ | ) |

Civil Action No.   1:11-cv-05065

(If the action is pending in another district, state where:
Northern District of Illinois          )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Travis Shea, Analyst
     Capitol Building, Room 538, Springfield, IL 62706-1150

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Refer to attached Rider to Subpoena.

| Place: Make produced documents available for messenger pick-up at Capitol Building, Room 538, Springfield, IL 62706-1150. | Date and Time: 08/29/2011 10:30 am |
|---|---|

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:    08/19/2011

_CLERK OF COURT_

_____          OR      _Lori E. Lightfoot_   alo
_Signature of Clerk or Deputy Clerk_                    _Attorney's signature_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_  COMMITTEE FOR A FAIR
AND BALANCED MAP                                        , who issues or requests this subpoena, are:

Lori E. Lightfoot          llightfoot@mayerbrown.com
71 S. Wacker Dr., Ste. 4471      312-701-8680
Chicago, IL 60606

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:11-cv-05065

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   Travis Shea

was received by me on *(date)* _____ .

    ❑ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

    ❑ I returned the subpoena unexecuted because: _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| COMMITTEE FOR A FAIR AND BALANCED MAP | ) | |
| *Plaintiff* | ) | Civil Action No. 1:11-cv-05065 |
| v. | ) | |
| ILLINOIS STATE BOARD OF ELECTIONS | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | Northern District of Illinois ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Ronald Holmes
WM G Stratton BLDG, C Section, Springfield, IL 62706-4200

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Refer to attached Rider to Subpoena.

| Place: Make produced documents available for messenger pick-up at WM G Stratton BLDG, C Section, Springfield, IL 62706-4200. | Date and Time:<br><br>08/29/2011 10:30 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 08/19/2011

CLERK OF COURT

OR *Lori E. Lightfoot* DXD

_____          _____
*Signature of Clerk or Deputy Clerk*                  *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* COMMITTEE FOR A FAIR AND BALANCED MAP _____, who issues or requests this subpoena, are:

Lori E. Lightfoot                    llightfoot@mayerbrown.com
71 S. Wacker Dr., Ste. 4471          312-701-8680
Chicago, IL 60606

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   1:11-cv-05065

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   Ronald Holmes _____

was received by me on *(date)* _____ .

     ❐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

     ❐ I returned the subpoena unexecuted because: _____

_____ .

     Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

     $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

     I declare under penalty of perjury that this information is true.

Date: _____

                     _____
                                  *Server's signature*

                     _____
                                *Printed name and title*

                     _____
                                  *Server's address*

Additional information regarding attempted service, etc:

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of Illinois

| | |
|---|---|
| COMMITTEE FOR A FAIR AND BALANCED MAP | ) |
| _Plaintiff_ | ) |
| v. | ) |
| ILLINOIS STATE BOARD OF ELECTIONS | ) |
| | ) |
| _Defendant_ | ) |

Civil Action No.   1:11-cv-05065

(If the action is pending in another district, state where:
Northern District of Illinois            )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Bria Scudder
     520 S. 2nd St., Apt. 306, Springfield, IL 62701-1735

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Refer to attached Rider to Subpoena.

| Place: Make produced documents available for messenger pick-up at 520 S. 2nd St., Apt. 306, Springfield, IL 62701-1735. | Date and Time:<br><br>08/29/2011 10:30 am |
|---|---|

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

    The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  ___08/19/2011___

_CLERK OF COURT_

_____
_Signature of Clerk or Deputy Clerk_

OR   _Lori E. Lightfoot_  DLD
     _____
     _Attorney's signature_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_  COMMITTEE FOR A FAIR AND BALANCED MAP _____ , who issues or requests this subpoena, are:

Lori E. Lightfoot                    llightfoot@mayerbrown.com
71 S. Wacker Dr., Ste. 4471          312-701-8680
Chicago, IL 60606

AO 88B  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   1:11-cv-05065

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   Bria Scudder _____

was received by me on *(date)* _____.

    ☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

    ☐ I returned the subpoena unexecuted because: _____

_____.

    Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00        .

    I declare under penalty of perjury that this information is true.

Date: _____            _____
                                       *Server's signature*

                                      _____
                                        *Printed name and title*

                                      _____
                                        *Server's address*

Additional information regarding attempted service, etc:

AO 88B  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of Illinois

| | |
|---|---|
| Committee For A Fair And Balanced Map, et al. | ) |
| _Plaintiff_ | ) |
| v. | ) |
| Illinois State Board Of Elections, et al. | ) |
| _Defendant_ | ) |

Civil Action No.    1:11-cv-05065

(If the action is pending in another district, state where:
Northern District of Illinois          )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  AJ Sheehan, c/o Eric Madiar
     Capitol Building, Floor 006, Room 605, Springfield, IL 62706

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Refer to attached Rider to Subpoena.

| Place: Make produced documents available for messenger pick-up at Stratton Building, Section C, Room 1061, Springfield, IL 62706-4200. | Date and Time:<br><br>09/19/2011 10:30 am |
|---|---|

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  ___09/07/2011___

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

OR  _Lori E. Lightfoot /eme_

_Attorney's signature_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_  COMMITTEE FOR A FAIR AND BALANCED MAP_____, who issues or requests this subpoena, are:

Lori E. Lightfoot                         llightfoot@mayerbrown.com
71 S. Wacker Drive, Suite 4471            312-701-8680
Chicago, IL 60606

AO 88B  (Rev.  06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   1:11-cv-05065

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   AJ Sheehan, c/o Eric Madiar _____

was received by me on *(date)* _____ .

❏  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❏  I returned the subpoena unexecuted because: _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Central District of Illinois

| | |
|---|---|
| COMMITTEE FOR A FAIR AND BALANCED MAP | ) |
| _Plaintiff_ | ) |
| v. | )    Civil Action No.    1:11-cv-05065 |
| ILLINOIS STATE BOARD OF ELECTIONS | ) |
| | )    (If the action is pending in another district, state where: |
| _Defendant_ | )       Northern District of Illinois       ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:   Amy Bowne, c/o Eric Madiar
       Capitol Building, Floor 006, Room 605, Springfield, IL 62706

   ☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Refer to attached Rider to Subpoena.

| Place: Make produced documents available for messenger pick-up at 327 State House, Room 617A Springfield, IL 62706. | Date and Time: <br><br> 09/19/2011 10:30 am |
|---|---|

   ❏ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

   The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:    ___09/07/2011___

       _CLERK OF COURT_

                                        OR     _[signature]_

              _Signature of Clerk or Deputy Clerk_                       _Attorney's signature_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_   COMMITTEE FOR A FAIR AND BALANCED MAP _____ , who issues or requests this subpoena, are:

Lori E. Lightfoot                        llightfoot@mayerbrown.com
71 S. Wacker Drive, Suite 4471          312-701-8680
Chicago, IL 60606

AO 88B  (Rev.  06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   1:11-cv-05065

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*    Amy Bowne, Assistant Legal Counsel, c/o Eric Madiar

was received by me on *(date)* _____ .

❏ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❏ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____                _____
                                                                    *Server's signature*

                                                          _____
                                                                    *Printed name and title*

                                                          _____
                                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of Illinois

| | | |
|---|---|---|
| COMMITTEE FOR A FAIR AND BALANCED MAP | ) | |
| _Plaintiff_ | ) | Civil Action No.   1:11-cv-05065 |
| v. | ) | |
| ILLINOIS STATE BOARD OF ELECTIONS | ) | (If the action is pending in another district, state where: |
| _Defendant_ | ) | Northern District of Illinois       ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Andrew Manar,  c/o Eric Madiar
Capitol Building, Floor 006, Room 605, Springfield, IL 62706

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Refer to attached Rider to Subpoena.

| Place: Make produced documents available for messenger pick-up at 327 State House, Room 327, Springfield, IL 62706. | Date and Time: <br><br>     09/19/2011 10:30 am |
|---|---|

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:     09/07/2011

CLERK OF COURT

_____        OR        _____
_Signature of Clerk or Deputy Clerk_                          _Attorney's Signature_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_   COMMITTEE FOR A FAIR AND BALANCED MAP _____ , who issues or requests this subpoena, are:

Lori E. Lightfoot                          llightfoot@mayerbrown.com
71 S. Wacker Drive, Suite 4471           312-701-8680
Chicago, IL 60606

AO 88B  (Rev.  06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  1:11-cv-05065

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*  Andrew Manar, Chief of Staff, c/o Eric Madiar

was received by me on *(date)* _____ .

❏  I served the subpoena by delivering a copy to the named person as follows: _____

_____  on *(date)* _____ ; or

❏  I returned the subpoena unexecuted because: _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 88B  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Central District of Illinois

| | |
|---|---|
| COMMITTEE FOR A FAIR AND BALANCED MAP | ) |
| *Plaintiff* | ) |
| v. | ) |
| ILLINOIS STATE BOARD OF ELECTIONS | ) |
| *Defendant* | ) |

Civil Action No.  1:11-cv-05065

(If the action is pending in another district, state where:

Northern District of Illinois            )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Deb McCarver,  c/o Eric Madiar
     Capitol Building, Floor 006, Room 605, Springfield, IL 62706

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Refer to attached Rider to Subpoena.

| Place: Make produced documents available for messenger pick-up at Stratton Building, Section C, Room 1059, Springfield, IL 62706-4200. | Date and Time: 09/19/2011 10:30 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   09/07/2011

*CLERK OF COURT*

OR

_____          _____
    *Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  COMMITTEE FOR A FAIR
AND BALANCED MAP _____ , who issues or requests this subpoena, are:

Lori E. Lightfoot                    llightfoot@mayerbrown.com
71 S. Wacker Drive, Suite 4471        312-701-8680
Chicago, IL 60606

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   1:11-cv-05065

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   Deb McCarver, c/o Eric Madiar _____

was received by me on *(date)* _____ .

❑ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

❑ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 88B  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of Illinois

| | |
|---|---|
| COMMITTEE FOR A FAIR AND BALANCED MAP | ) |
| *Plaintiff* | ) |
| v. | ) |
| ILLINOIS STATE BOARD OF ELECTIONS | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.    1:11-cv-05065

(If the action is pending in another district, state where:
Northern District of Illinois                )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Ian Watts,  c/o Eric Madiar
Capitol Building, Floor 006, Room 605, Springfield, IL 62706

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Refer to attached Rider to Subpoena.

| Place: Make produced documents available for messenger pick-up at Stratton Building, Section C, Room 1060, Springfield, IL 62706-4200. | Date and Time: 09/19/2011 10:30 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:    09/07/2011

CLERK OF COURT

_____          OR          _____
Signature of Clerk or Deputy Clerk                                   Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   COMMITTEE FOR A FAIR AND BALANCED MAP _____ , who issues or requests this subpoena, are:

Lori E. Lightfoot                              llightfoot@mayerbrown.com
71 S. Wacker Drive, Suite 4471           312-701-8680
Chicago, IL 60606

AO 88B  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  1:11-cv-05065

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*  Ian Watts, c/o Eric Madiar

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| COMMITTEE FOR A FAIR AND BALANCED MAP | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  1:11-cv-05065 |
| ILLINOIS STATE BOARD OF ELECTIONS | ) |
| | ) (If the action is pending in another district, state where: |
| *Defendant* | ) Northern District of Illinois        )  . |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Jayde Huebner,  c/o Eric Madiar
Capitol Building, Floor 006, Room 605, Springfield, IL 62706

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Refer to attached Rider to Subpoena.

| Place: Make produced documents available for messenger pick-up at Stratton Building, Section C, Room 1062, Springfield, IL 62706-4200. | Date and Time: 09/19/2011 10:30 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:    09/07/2011

CLERK OF COURT

_____          OR          _____
Signature of Clerk or Deputy Clerk                                    Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  COMMITTEE FOR A FAIR
AND BALANCED MAP _____ , who issues or requests this subpoena, are:

Lori E. Lightfoot                                    llightfoot@mayerbrown.com
71 S. Wacker Drive, Suite 4471              312-701-8680
Chicago, IL 60606

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:11-cv-05065

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   Jayde Huebner, c/o Eric Madiar _____

was received by me on *(date)* _____ .

    ❏  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

    ❏  I returned the subpoena unexecuted because: _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Central District of Illinois

| | | |
|---|---|---|
| COMMITTEE FOR A FAIR AND BALANCED MAP | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    1:11-cv-05065 |
| ILLINOIS STATE BOARD OF ELECTIONS | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | Northern District of Illinois       ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:   Giovanni Randazzo,   c/o Eric Madiar
      Capitol Building, Floor 006, Room 605, Springfield, IL 62706

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Refer to attached Rider to Subpoena.

| Place:   Make produced documents available for messenger pick-up at 327 State House, Room 613, Springfield, IL 62706. | Date and Time:<br><br>        09/19/2011 10:30 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:     _09/07/2011_

| CLERK OF COURT | | |
|---|---|---|
| _____ | OR | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   COMMITTEE FOR A FAIR
AND BALANCED MAP _____ , who issues or requests this subpoena, are:

Lori E. Lightfoot                  llightfoot@mayerbrown.com
71 S. Wacker Drive, Suite 4471        312-701-8680
Chicago, IL 60606

AO 88B  (Rev.  06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   1:11-cv-05065

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   Giovanni Randazzo, Deputy Legal Counsel, c/o Eric Madiar

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 88B  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

| | | |
|---|---|---|
| COMMITTEE FOR A FAIR AND BALANCED MAP | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    1:11-cv-05065 |
| ILLINOIS STATE BOARD OF ELECTIONS | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | Northern District of Illinois          ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Jeremy Flynn,  c/o Eric Madiar
      Capitol Building, Floor 006, Room 605, Springfield, IL 62706

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Refer to attached Rider to Subpoena.

| Place: Make produced documents available for messenger pick-up at Stratton Building, Section C, Room 1051, Springfield, IL 62706-4200. | Date and Time: 09/19/2011 10:30 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:    09/07/2011

*CLERK OF COURT*

                                                        OR

_____                    _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   COMMITTEE FOR A FAIR AND BALANCED MAP _____ , who issues or requests this subpoena, are:

Lori E. Lightfoot                              llightfoot@mayerbrown.com
71 S. Wacker Drive, Suite 4471                 312-701-8680
Chicago, IL 60606

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  1:11-cv-05065

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   Jeremy Flynn, c/o Eric Madiar _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Central District of Illinois

| | | |
|---|---|---|
| COMMITTEE FOR A FAIR AND BALANCED MAP | ) | |
| *Plaintiff* | ) | Civil Action No.  1:11-cv-05065 |
| v. | ) | |
| ILLINOIS STATE BOARD OF ELECTIONS | ) | (If the action is pending in another district, state where: |
| | ) | Northern District of Illinois          ) |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Jill Dykhoff,  c/o Eric Madiar
    Capitol Building, Floor 006, Room 605, Springfield, IL 62706

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Refer to attached Rider to Subpoena.

| Place: Make produced documents available for messenger pick-up at Stratton Building, Section C, Room 1063, Springfield, IL 62706-4200. | Date and Time: 09/19/2011 10:30 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

    The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  _09/07/2011_

|         *CLERK OF COURT* | | |
|---|---|---|
| | OR | *~~signature~~* |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  COMMITTEE FOR A FAIR AND BALANCED MAP , who issues or requests this subpoena, are:

Lori E. Lightfoot                    llightfoot@mayerbrown.com
71 S. Wacker Drive, Suite 4471       312-701-8680
Chicago, IL 60606

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   1:11-cv-05065

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*    Jill Dykhoff, c/o Eric Madiar

was received by me on *(date)* _____ .

◻ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

◻ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00  .

I declare under penalty of perjury that this information is true.

Date: _____          _____

                                                    *Server's signature*

                                         _____

                                                    *Printed name and title*

                                         _____

                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 88B  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| COMMITTEE FOR A FAIR AND BALANCED MAP | ) |
| *Plaintiff* | ) |
| v. | ) |
| ILLINOIS STATE BOARD OF ELECTIONS | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.    1:11-cv-05065

(If the action is pending in another district, state where:
Northern District of Illinois        )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Lee LoBue,  c/o Eric Madiar
Capitol Building, Floor 006, Room 605, Springfield, IL 62706

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Refer to attached Rider to Subpoena.

| Place: Make produced documents available for messenger pick-up at 327 State House, Room 507, Springfield, IL 62706. | Date and Time: 09/19/2011 10:30 am |
|---|---|

❏ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:    09/07/2011

CLERK OF COURT

OR _____

_____          _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  COMMITTEE FOR A FAIR AND BALANCED MAP _____ , who issues or requests this subpoena, are:

Lori E. Lightfoot          llightfoot@mayerbrown.com
71 S. Wacker Drive, Suite 4471          312-701-8680
Chicago, IL 60606

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   1:11-cv-05065

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   Lee LoBue, c/o Eric Madiar

was received by me on *(date)* _____ .

❑ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

❑ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 88B  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

| | | |
|---|---|---|
| COMMITTEE FOR A FAIR AND BALANCED MAP | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:11-cv-05065 |
| ILLINOIS STATE BOARD OF ELECTIONS | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | Northern District of Illinois          ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:   Magen Ryan,  c/o Eric Madiar
      Capitol Building, Floor 006, Room 605, Springfield, IL 62706

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Refer to attached Rider to Subpoena.

| Place: Make produced documents available for messenger pick-up at Stratton Building, 4th Floor, Springfield, IL 62706-4200. | Date and Time: 09/19/2011 10:30 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:      09/07/2011

CLERK OF COURT

                                                          OR   _____
_____                               *Attorney's signature*
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   COMMITTEE FOR A FAIR
AND BALANCED MAP _____ , who issues or requests this subpoena, are:

Lori E. Lightfoot                        llightfoot@mayerbrown.com
71 S. Wacker Drive, Suite 4471           312-701-8680
Chicago, IL 60606

AO 88B  (Rev.  06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   1:11-cv-05065

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   Magen Ryan, c/o Eric Madiar

was received by me on *(date)* _____ .

□ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

□ I returned the subpoena unexecuted because: _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 88B  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Central District of Illinois

| | | |
|---|---|---|
| Committee For A Fair And Balanced Map, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:11-cv-05065 |
| Illinois State Board Of Elections, et al. | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | Northern District of Illinois          ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Lee Whack, c/o Eric Madiar

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Refer to attached Rider to Subpoena.

| Place: Make produced documents available for messenger pick up at Stratton Bldg., Sec. C, Rm. 1045, Springfield, IL 62706 | Date and Time: 09/19/2011 10:30 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:    09/07/2011

CLERK OF COURT

_____            OR     _____
*Signature of Clerk or Deputy Clerk*                              *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*          Committee
For A Fair And Balanced Map, et al.                                                      , who issues or requests this subpoena, are:

Lori E. Lightfoot          llightfoot@mayerbrown.com
71 S. Wacker Dr.          (312) 701-8680

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   1:11-cv-05065

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   Lee Whack, c/o Eric Madiar

was received by me on *(date)* _____ .

❏ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❏ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of Illinois

| | | |
|---|---|---|
| COMMITTEE FOR A FAIR AND BALANCED MAP | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:11-cv-05065 |
| ILLINOIS STATE BOARD OF ELECTIONS | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | Northern District of Illinois          ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:   Monica Brar, c/o Eric Madiar
       Capitol Building, Floor 006, Room 605, Springfield, IL 62706

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Refer to attached Rider to Subpoena.

| Place:   Make produced documents available for messenger pick-up at Stratton Building, Section C, Springfield, IL 62706-4200. | Date and Time: <br> 09/19/2011 10:30 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   ___09/07/2011___

CLERK OF COURT

                                                                          OR   _____
_____                                        *Attorney's signature*
       *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   COMMITTEE FOR A FAIR
AND BALANCED MAP_____, who issues or requests this subpoena, are:

Lori E. Lightfoot                              llightfoot@mayerbrown.com
71 S. Wacker Drive, Suite 4471                 312-701-8680
Chicago, IL 60606

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  1:11-cv-05065

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*     Monica Brar, Communications Intern, c/o Eric Madiar
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____     on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____  for travel and $ _____  for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                         _____
                                                          *Server's signature*

                                              _____
                                                          *Printed name and title*

                                              _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Central District of Illinois

| | | |
|---|---|---|
| COMMITTEE FOR A FAIR AND BALANCED MAP | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:11-cv-05065 |
| ILLINOIS STATE BOARD OF ELECTIONS | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | Northern District of Illinois          ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Noe Chaimongkol,  c/o Eric Madiar
     Capitol Building, Floor 006, Room 605, Springfield, IL 62706

   ☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Refer to attached Rider to Subpoena.

| Place: Make produced documents available for messenger pick-up at 327 State House, Room 537, Springfield, IL 62706. | Date and Time: 09/19/2011 10:30 am |
|---|---|

   ☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

   The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:    09/07/2011

          *CLERK OF COURT*
                                  OR

          _____          _____
            *Signature of Clerk or Deputy Clerk*            *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   COMMITTEE FOR A FAIR AND BALANCED MAP _____ , who issues or requests this subpoena, are:

Lori E. Lightfoot                          llightfoot@mayerbrown.com
71 S. Wacker Drive, Suite 4471           312-701-8680
Chicago, IL 60606

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  1:11-cv-05065

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*  Noe Chaimongkol, c/o Eric Madiar _____

was received by me on *(date)* _____ .

  ❏ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

  ❏ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

           _____
                *Server's signature*

           _____
                *Printed name and title*

           _____
                *Server's address*

Additional information regarding attempted service, etc:

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| COMMITTEE FOR A FAIR AND BALANCED MAP | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    1:11-cv-05065 |
| ILLINOIS STATE BOARD OF ELECTIONS | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | Northern District of Illinois        ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Ted Pruitt,  c/o Eric Madiar
     Capitol Building, Floor 006, Room 605, Springfield, IL 62706

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Refer to attached Rider to Subpoena.

| Place: Make produced documents available for messenger pick-up at Stratton Building, Section C, Room 1054, Springfield, IL 62706-4200. | Date and Time: 09/19/2011 10:30 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:    09/07/2011

         CLERK OF COURT

                                                              OR

         _____                          _____
              *Signature of Clerk or Deputy Clerk*                      *Attorney's Signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   COMMITTEE FOR A FAIR AND BALANCED MAP _____, who issues or requests this subpoena, are:

Lori E. Lightfoot                          llightfoot@mayerbrown.com
71 S. Wacker Drive, Suite 4471             312-701-8680
Chicago, IL 60606

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   1:11-cv-05065

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   Ted Pruitt, c/o Eric Madiar _____

was received by me on *(date)* _____ .

□  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

□  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 88B  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of Illinois

| | |
|---|---|
| Committee For A Fair And Balanced Map, et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Illinois State Board Of Elections, et al. | ) |
| *Defendant* | ) |

Civil Action No.    1:11-cv-05065

(If the action is pending in another district, state where:
Northern District of Illinois        )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Anne Schaeffer, c/o David Ellis
Capitol Building, Room 412, Springfield, IL 62706-1150

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:  Refer to attached Rider to Subpoena.

| Place:  Make produced documents available for messenger pick-up at Capitol Building, Room 300, Springfield, IL 62706-1150. | Date and Time:  09/19/2011 10:30 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:    09/07/2011

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

OR

_____
*Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  Committee For A Fair And Balanced Map, et al. _____ , who issues or requests this subpoena, are:

Lori E. Lightfoot
71 S. Wacker Drive, Suite 4471
Chicago, IL 60606

llightfoot@mayerbrown.com
312-701-8680

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  1:11-cv-05065

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*  Anne Schaeffer, Program Specialist, c/o David Ellis

was received by me on *(date)* _____.

❏ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❏ I returned the subpoena unexecuted because: _____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of Illinois

| | | |
|---|---|---|
| Committee For A Fair And Balanced Map, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:11-cv-05065 |
| Illinois State Board Of Elections, et al. | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | Northern District of Illinois          ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Katy Langenfield, c/o David Ellis
     Capitol Building, Room 412, Springfield, IL 62706-1150

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:  Refer to attached Rider to Subpoena.

| Place:  Make produced documents available for messenger pick-up at Capitol Building, Room 300, Springfield, IL 62706-1150. | Date and Time: 09/19/2011 10:30 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  __09/07/2011__

          *CLERK OF COURT*

                                              OR      _____
    _____                        *Attorney's signature*
     *Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  Committee For A Fair And Balanced Map, et al. _____, who issues or requests this subpoena, are:

Lori E. Lightfoot                          llightfoot@mayerbrown.com
71 S. Wacker Drive, Suite 4471             312-701-8680
Chicago, IL 60606

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  1:11-cv-05065

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   Katy Langenfield, Program Specialist, c/o David Ellis
was received by me on *(date)* _____ .

    ❐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

    ❐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

    I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

| | |
|---|---|
| Committee For A Fair And Balanced Map, et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Illinois State Board Of Elections, et al. | ) |
| *Defendant* | ) |

Civil Action No.   1:11-cv-05065

(If the action is pending in another district, state where:
Northern District of Illinois   )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Jonathan Maxson, c/o David Ellis
     Capitol Building, Room 412, Springfield, IL 62706-1150

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:  Refer to attached Rider to Subpoena.

| Place: Make produced documents available for messenger pick-up at Capitol Building, Room 300, Springfield, IL 62706-1150. | Date and Time: 09/19/2011 10:30 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: ____09/07/2011____

|  CLERK OF COURT  | OR |  |
|---|---|---|
| Signature of Clerk or Deputy Clerk | | Attorney's signature |

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  Committee For A Fair And Balanced Map, et al. ____, who issues or requests this subpoena, are:

Lori E. Lightfoot
71 S. Wacker Drive, Suite 4471
Chicago, IL 60606

llightfoot@mayerbrown.com
312-701-8680

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   1:11-cv-05065

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   Jonathan Maxson, Program Specialist, c/o David Ellis

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date: _____                     _____
                                                         *Server's signature*

                                                    _____
                                                         *Printed name and title*

                                                    _____
                                                         *Server's address*

Additional information regarding attempted service, etc:

AO 88B  (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Central District of Illinois

| | |
|---|---|
| Committee For A Fair And Balanced Map, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   1:11-cv-05065 |
| Illinois State Board Of Elections, et al. | ) |
| | ) (If the action is pending in another district, state where: |
| *Defendant* | ) Northern District of Illinois            ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Daniel Frey, c/o David Ellis
     Capitol Building, Room 412, Springfield, IL 62706-1150

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:  Refer to attached Rider to Subpoena.

| Place: Make produced documents available for messenger pick-up at Capitol Building, Room 300, Springfield, IL 62706-1150. | Date and Time: 09/19/2011 10:30 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:  ___09/07/2011___

| *CLERK OF COURT* | |
|---|---|
| _____ | OR   _____ |
| *Signature of Clerk or Deputy Clerk* | *Attorney's Signature* |

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Committee For A Fair And Balanced Map, et al.                                                    , who issues or requests this subpoena, are:

Lori E. Lightfoot                           llightfoot@mayerbrown.com
71 S. Wacker Drive, Suite 4471              312-701-8680
Chicago, IL 60606

AO 88B  (Rev.  06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   1:11-cv-05065

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*    Daniel Frey, Analyst, c/o David Ellis

was received by me on *(date)*                              .

☐ I served the subpoena by delivering a copy to the named person as follows: 

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: 

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Central District of Illinois

| | | |
|---|---|---|
| Committee For A Fair And Balanced Map, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:11-cv-05065 |
| Illinois State Board Of Elections, et al. | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | Northern District of Illinois              ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:   Timothy Mapes, c/o David Ellis
     Illinois State Capitol Building, Room 412, Springfield, IL 62706-1150

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Refer to attached Rider to Subpoena.

| Place: Illinois State Capitol Building, Room 300 Springfield, IL 62706-1150 | Date and Time: 09/19/2011 10:30 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   ___09/14/2011___

CLERK OF COURT

OR _____

_____        _____
Signature of Clerk or Deputy Clerk                       *Attorney's Signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*        Committee For A Fair And Balanced Map, et al. _____, who issues or requests this subpoena, are:

Lori E. Lightfoot          llightfoot@mayerbrown.com
71 S. Wacker Dr.          (312) 701-8680

AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   1:11-cv-05065

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   Timothy Mapes, Chief of Staff

was received by me on *(date)*                        .

◻ I served the subpoena by delivering a copy to the named person as follows: 

_____

_____ on *(date)* _____ ; or

◻ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                                *Server's signature*

                                                _____
                                                                *Printed name and title*

                                                _____
                                                                *Server's address*

Additional information regarding attempted service, etc:

## RIDER TO SUBPOENA

Plaintiffs, by and through their counsel, hereby request that Timothy Mapes ("Mr. Mapes") produce the following documents for inspection and copying at the recipient's address on the date set forth in the subpoena. Mr. Mapes shall adhere to the Definitions and Instructions below.

## DEFINITIONS

As used herein, the terms and phrases identified below shall have the following meanings:

The term "Action" when used herein means Case No. 1:11-CV-05065 filed in the United States District Court for the Northern District of Illinois Eastern Division.

The term "Complaint" when used herein means the Complaint filed on July 27, 2011 in the above referenced Action.

The terms "Plaintiff" or "Plaintiffs" refer to all of the following:

(a)     The Committee for a Fair and Balanced Map (the "Committee"), including its members: Tom Long, Tom Ewing, Larry Nelson, J. Dennis Hastert, James D. Pearson, Lynn Martin, Michael Keiser, and Alexander D. Stuart;

(b)     The Partisan Gerrymander Plaintiffs named in the Complaint;

(c)     The Racial Gerrymander Plaintiffs named in the Complaint; and

(d)     The Racial Dilution Plaintiffs named in the Complaint.

The term "Defendant" refers to all of the following: The Illinois State Board of Elections, including its members: William McGuffage, Jesse R. Smart, Harold D. Byers, Betty J. Coffrin, Ernest L. Gowen, Judith C. Rice, Bryan A. Schneider, Charles W. Scholz, or any employee,

officer, director, agent, attorney or other representative thereof, and any person acting or purporting to act on its behalf.

The terms "You" and "Your" when used herein mean the recipient of these Requests for Production, Your present and former attorneys, agents, investigators, representatives, or anyone else acting in cooperation or in concert with You.

The term "Person" when used herein means any individual, firm, corporation, joint venture, partnership, limited liability company, trust, association, entity or group of persons, unless the request is clearly referring only to an individual, human person.

The term "Illinois General Assembly" when used herein means the state legislature of the state of Illinois.

The terms "Illinois House of Representatives" and "House" when used herein mean the lower house of the Illinois General Assembly and its 118 representatives.

The term "Illinois Senate" when used herein means the upper house of the Illinois General Assembly and its 59 members.

The terms "Congressional District" and "District" when used herein refer to an electoral District in the state of Illinois that elects a single member of the U.S. House of Representatives.

The term "Redistricting" when used herein refers to the process of redefining the geographic boundaries of legislative or Congressional Districts.

The term "Illinois House Redistricting Committee" when used herein means the committee comprised of Democrat and Republican Illinois House members charged with conducting Redistricting hearings throughout the state of Illinois prior to the drawing of the state and congressional legislative maps. Members include: Barbara Flynn Currie, Mike Fortner,

Edward Acevedo, Marlow Colvin, Jim Durkin, Lou Lang, Frank Mautino, Chapin Rose, Timothy Schmitz, Jill Tracy, and Karen Yarbrough.

The term "Illinois Senate Redistricting Committee" when used herein means the committee comprised of Democrat and Republican Illinois Senate members charged with conducting Redistricting hearings throughout the state of Illinois prior to the drawing of the state and congressional legislative maps. Members include: Kwame Raoul, Michael Noland, Jacqueline Y. Collins, William R. Haine, Don Harmon, Mattie Hunter, Emil Jones, III, Kimberly Lightford, Edward D. Maloney, Iris Y. Martinez, Dale A. Righter, Shane Cultra, Kirk W. Dillard, Dan Duffy, David Luechtefeld, and Matt Murphy.

The term "Communication" when used herein means any and all of the following: written, electronic or otherwise, oral communications, conversations by telephone, meetings, and any contact, written, formal or informal, at any time or place, and under any circumstances whatsoever in which information of any nature was transmitted or exchanged in any form.

The term "Document" when used herein means any and all written, typed, printed, recorded, computerized, electronic, or graphic statements, Communications, or other matter, however, produced or reproduced, whether in final or draft form, and whether or not now in existence, in Your possession, custody, or control, including without limitation, all writings; studies; analyses; tabulations; evaluations; reports; reviews; agreements; contracts; letters or other correspondence; emails from all email accounts in Your possession, custody, or control, including, but not limited to, Your personal, professional, and official email accounts; messages; facsimile messages; text messages; memoranda; records; notes; reports; summaries; PDFs; spreadsheets; sound recordings or transcripts of personal or professional telephone conversations or messages; meetings; conferences or interviews; telephone toll records; diaries; desk calendars;

3

appointment books; drawings; graphs; charts; maps; diagrams; blueprints; tables; indices; pictures; photographs; films; tapes; statistical or analytical records; minutes or records of committee or other meetings or conferences; transcripts of testimony; reports or summaries of investigations; opinions or reports or summaries of investigations; opinions or reports of consultants; press releases; newspaper and magazine clippings; projections; and any other Document, writing, or other data compilation of whatever description, including, but not limited to, electronically stored data although not yet printed out or the memory units containing such data from which information can be obtained or translated into reasonable usable form; any other data types, including without limitation, all District mapping software data files and shapefiles, including data files in draft form.

The term "Proposed Congressional Plan" when used herein refers to the new map for the state of Illinois' Congressional Districts adopted by the Illinois General Assembly and signed into law by Governor Pat Quinn on Friday, June 24, 2011 as Illinois P.A. 97-14; including, but not limited to, Senate Bill 1178 and amendments thereto.

The terms "Compact" and "Compactness" when used herein mean the degree to which the territory assigned to a District is close together. There are several mathematical methods to measure the elements of Compactness, including, but not limited to, measuring the Circularity Ratio and the Schwartzberg Test:

    (a)    The term "Circularity Ratio" when used herein refers to the ratio of the area of the proposed Districts to the area of a circle having the same perimeter; this measure of shape is used in Redistricting to maximize the Compactness of electoral Districts and avoid gerrymandering.

4

    (b)    The term "Schwartzberg Test" when used herein refers to the perimeter-based measure that compares proposed Districts to a circle, measuring distance from the center of gravity to points in the District boundary. This test is used in Redistricting to maximize the Compactness of electoral Districts and avoid gerrymandering.

The term "Core Report" when used herein refers to the constituency report produced by Maptitude, AutoBound, or similar software that indicates the number of persons or voters residing in a District in a Redistricting plan, who also reside in that same numbered or a differently numbered District in another Redistricting plan.

The terms "Voting Age Population" and "VAP" when used herein mean all citizens above the voting age of eighteen years.

The term "2010 Census" when used herein refers to the twenty-third decennial national census of the United States.

The term "2010 Elections" when used herein means all 2010 Illinois state and Congressional Elections.

To "Identify" a Person or witness means to state his or her name, present employer, last known address, telephone number (business and home), and employer and position in which he or she was employed at the time in question.

To "Identify a Document" means the following: (a) the name and present address of the Person who prepared it; (b) the name and address of the Person to whom it was addressed or distributed; (c) a detailed description of the general nature of the Document's contents; (d) the date it was prepared, and the date it was distributed; (e) the name and address of the Person having custody of the original and any copies; (f) whether the original will voluntarily be made

available for the Plaintiff to inspect and copy, and if not, the specified reason for this refusal and a detail explanation of why this reason is persuasive; and (g) whether the original Document has been destroyed, and if so, why it was destroyed, the Person who directed it to be destroyed, who destroyed the Document, and when it was done.

To "Identify" a Communication or discussion shall mean to state the following: (a) the name and present address of each of the Persons who were involved in any way with the Communication or discussion; (b) a detailed description of the subjects that were involved in the Communication or discussion; (c) whether any memoranda, notes or other compilations, by whatever means, relating to the Communication or discussion were ever created; (d) the general substance of what was said by each Person involved in the Communication or discussion; and (e) the date on which such Communication or discussion occurred.

## INSTRUCTIONS

1.      Each production request shall be construed to include all Documents within Mr. Mapes' possession, custody or control, or the possession, custody or control of its present and former attorneys, agents, investigators, representatives, or anyone acting in cooperation or in concert with It in this case, as of the date of its response to these production requests, as well as any Document that subsequently is obtained or discovered and that demonstrates that any production originally provided in response to these production requests was incorrect or incomplete in any way when made or subsequently became incorrect or incomplete; such supplemental Documents are to be promptly supplied.

2.      If the response to any production request consists, in whole or in part, of an objection to, or including burdensomeness, then provide those Documents which can be produced without undue burden. For such Documents that are too burdensome to produce,

6

describe the process or method required to obtain said Documents, the quantity and location of the Documents involved, and the number of employee hours and costs of the search.

3.    If the response to the production requests is any other objection, provide all information not covered by the objection and state the basis of the objection.

4.    If any Document responsive to these production requests has been destroyed, for each such Document state when it was destroyed, identify the Person who destroyed the Document and the Person who directed that it be destroyed. Also, detail the reasons for the destruction, describe the nature of the Document, identify the Persons who created, sent, received or reviewed the Document, and state in as much detail as possible the contents of the Document.

5.    If You withhold any information requested by the production requests contained herein, furnish a list with Your responses to these discovery requests identifying all such withheld information together with the following:

    (a)    a brief description of the nature of the information withheld;

    (b)    the reason(s) for the withholding;

    (c)    an identification of all Documents relating or referring to the information;

    (d)    the name of each Person most knowledgeable as to the information, and an identification by employment and title of each such Person;

    (e)    a statement of facts constituting the basis for the withholding; and

    (f)    the discovery requests to which the information relates. (If any such withholding relates only to a portion of a particular discovery request specify the portion to which the withholding relates.)

6.     The use of the singular form of any word shall be deemed to include the plural form and *vice versa*, and the use of one gender shall include all others, as appropriate in context.

7.     The connectives "and," "or" and "and/or" shall be construed distinctively or conjunctively as necessary to bring within the scope of the request any information which might otherwise be construed to be outside its scope.

8.     These Requests for Production are continuing in nature.  In Your response to these Requests for Production, You are required to furnish all Documents available to You, including, but not limited to, Documents in the possession of any personnel, employees, attorneys, agents, investigators, representatives or anyone acting in cooperation or in concert with You.

9.     As provided by the Federal Rules of Civil Procedure, You are under a duty to seasonably amend a prior response if You obtain information upon the basis of which You know that the response was incorrect when made or You know that the response, though correct, when made, is no longer true and the circumstances are such that a failure to amend the response is in substance a knowing concealment.  The Committee reserves the right to request additional Documents.

10.     Unless otherwise indicated all Document requests should pertain to the time frame of January 1, 2010 to the present.

## **REQUESTS FOR PRODUCTION**

Request No. 1

All Documents related to the state of Illinois legislative and/or congressional Redistricting process which led to the planning, development, negotiation, drawing, revision or re-drawing of the Proposed Congressional Plan.

8

<u>Request No. 2</u>

All Documents, including, but not limited to, reports, analyses, election results or other election data, and Communications pertaining or relating to the planning, development, negotiation, drawing, revision or re-drawing of the Proposed Congressional Plan.

<u>Request No. 3</u>        .

All Documents regarding any Communications, discussions, meetings, and/or conversations, pertaining or relating to the planning, development, negotiation, drawing, revision or re-drawing of the Proposed Congressional Plan with any of the following Persons:

    (a)    Defendants;

    (b)    Democratic Congressional Campaign Committee ("DCCC");

    (c)    Any present and former staff, personnel, employees, attorneys, agents, investigators, representatives, experts, consultants, or anyone else acting on the DCCC's behalf;

    (d)    Illinois House Redistricting Committee;

    (e)    Illinois Senate Redistricting Committee;

    (f)    Any member of the Illinois General Assembly;

    (g)    Any present and former staff, personnel, employees, attorneys, agents, investigators, representatives, experts, consultants, or anyone else acting on the Illinois General Assembly's behalf;

    (h)    Any current or former member of the United States Congress;

    (i)    Any present and former staff, personnel, employees, attorneys, agents, investigators, representatives, experts, consultants, or anyone else acting on the United States Congress' behalf; and

    (j)    Any interest groups which testified at Redistricting hearings.

<u>Request No.4</u>

All Documents, Communications, or other matter, including without limitation, all data files or any other data type, related to election and/or voter data; election Redistricting software, including, but not limited to, Maptitude and AutoBound shapefiles and data, and/or data from any other District mapping software program(s), including data files in draft form, Core and Compactness report data, and all 2010 Census data used for the purpose of planning and drawing the Proposed Congressional Plan or any other potential congressional plan that was not adopted.

Request No. 5

All Documents, Communications, or other matter, that constitute, refer or relate to data files and drafts of data files used to formulate the composition of Districts 3, 4, and 5 of the Proposed Congressional Plan, including Compactness reports, Core reports, and any 2010 Census processed data used in conjunction with any District mapping software program(s).

Request No. 6

Any draft drawings of any Districts of the Proposed Congressional Plan, whether created by You or by any other Person.

Request No. 7

All Documents which reflect the identity of any and all persons who assisted in the drawing of Districts 3, 4, and 5 as they appear in the Proposed Congressional Plan.

Request No. 8

All Documents which reflect when the planning and drawing of Districts 3, 4, and 5 of the Proposed Congressional Plan were finalized.

Request No. 9

With respect to District 3 of the Proposed Congressional Plan, all Documents which reflect the identity of the Person(s) who made or participated in the decision to have the Latino VAP in District 3 as 24.64%.

Request No. 10

With respect to District 4 of the Proposed Congressional Plan, all Documents which reflect the identity of the Person(s) who made or participated in the decision to have the Latino VAP in District 3 as 65.92%.

Request No. 11

With respect to District 5 of the Proposed Congressional Plan, all Documents which reflect the identity of the Person(s) who made or participated in the decision to have the Latino VAP in District 5 as 16.05%.

Request No. 12

All Documents which reflect the identity of any expert or consultant who reviewed, commented on, advised or otherwise rendered any advice or opinion concerning the Proposed Congressional Plan.

Request No. 13

All Documents which reflect the identity of any and all experts or consultants who conducted any racial bloc voting or racial polarization analyses concerning the Proposed Congressional Plan.

Request No. 14

If any racial bloc voting or racial polarization analysis was conducted by any expert or consultant, produce Documents which reflect all such analyses.

Request No. 15

All Documents or Communications pertaining or relating to any analysis, review, study, or consideration undertaken by any expert, consultant, scholar or other Person regarding whether the Proposed Congressional Plan complies with Section 2 of the Voting Rights Act of 1965, 42 U.S.C. §1973, the U.S. Constitution, or the Illinois Constitution.

Request No. 16

All Documents which consist of reports or opinions of any expert or consultant used to support the composition of the entire Proposed Congressional Plan.

Request No. 17

All Documents which reflect any and all analysis concerning the viability of drawing two Latino congressional Districts, whether the Districts be considered majority or influence Districts.

Request No. 18

Any engagement letters provided to experts or consultants engaged for the purposes of planning, preparing, drawing, analyzing or providing supporting evidence for the Proposed Congressional Plan.

Request No. 19

All records of payment to any experts or consultants.

Request No. 20

All Documents identifying any Person(s) involved in the decision to post the Proposed Congressional Plan on the Illinois Senate website during the early morning hours of May 27, 2011.

Request No. 21

All Documents identifying any Person(s) who actually posted the Proposed Congressional Plan on the Illinois Senate website during the early morning hours of May 27, 2011.

# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| COMMITTEE FOR A FAIR AND BALANCED MAP, JUDY BIGGERT, ROBERT J. DOLD, RANDY HULTGREN, ADAM KINZINGER, DONALD MANZULLO, PETER J. ROSKAM, BOBBY SCHILLING, AARON SCHOCK, JOHN M. SHIMKUS, JOE WALSH, RALPH RANGEL, LOU SANDOVAL, LUIS SANABRIA, MICHELLE CABALLERO, EDMUND BREZINSKI, and LAURA WAXWEILER, | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:11-cv-05065 |
| Plaintiffs, | ) ) | Judge Joan Humphrey Lefkow |
| v. | ) ) | Judge John Daniel Tinder |
| ILLINOIS STATE BOARD OF ELECTIONS, WILLIAM M. MCGUFFRAGE, JESSE R. SMART, BRYAN A. SCHNEIDER, BETTY J. COFFRIN, HAROLD D. BYERS, JUDITH C. RICE, CHARLES W. SCHOLZ, and ERNEST L. GOWEN, | ) ) ) ) ) ) ) | Judge Robert L. Miller |
| Defendants. | ) ) ) | |

**PLAINTIFFS' STATEMENT OF COMPLIANCE WITH**
**FED. R. CIV. PROC. 37(a)(1) and LOCAL RULE 37.2**
**IN SUPPORT OF THEIR MOTION TO COMPEL ENFORCEMENT**
**OF THIRD PARTY SUBPOENA**

Prior to filing Plaintiffs' Motion to Compel Enforcement Of Third Party Subpoena, counsel for Plaintiffs and counsel for Respondents conferred in good faith in an effort to resolve their dispute without court intervention, including by taking the following actions:

1.     On August 19, 2011, Plaintiffs served the Subpoenas on Illinois House of Representatives, Office of the Speaker of the Illinois House of Representatives, Office of the Illinois Senate President, Illinois House Redistricting Committee, the Illinois Senate Redistricting Committee Respondents, Illinois Senate, Travis Shea, Ronald Holmes, and Bria

2

Scudder, returnable on August 29, 2011. Service was completed between August 19 and August 22.

2. On August 24, 2011, counsel for Plaintiffs (Lori E. Lightfoot) conferred by telephone with counsel for Respondents (David E. Ellis) about the documents requested by the Subpoenas. Counsel for Plaintiffs expressed their willingness to work with counsel for Respondents to extend the August 29, 2011 return date to accommodate Respondents' request for additional time to comply with the Subpoenas. The parties agreed to a conference call on August 29, 2011 to discuss further a mutually agreeable date for the production.

3. Between August 25, 2011 and August 29, 2011, counsel for Respondents exchanged a number of emails confirming the substance of the August 24, 2011 call.

4. On August 29, 2011 counsel for Plaintiffs and Counsel for Respondents discussed the Subpoenas in a conference call. Participating for Plaintiffs were Lori E. Lightfoot, and Dana Douglas. For Respondents were Eric Madiar and David E. Ellis.

5. On August 29, 2011, counsel for Plaintiffs received documents they had earlier requested from Respondents under the Freedom of Information Act ("FOIA").

6. On September 2, 2011 counsel for Respondents sent a letter to Plaintiffs' counsel in which they stated their objections to the Requests. For each request, in addition to other objections, counsel for Respondents asserted that the request "seeks documents or communications that are protected by legislative immunity [and/or] the deliberative process privilege."

7. Following receipt of the September 2 letter, counsel for Plaintiffs spoke once more by phone with counsel for Respondents on Tuesday, September 5, 2011. Present for Plaintiffs were Lori E. Lightfoot, Thomas Panoff, Dana S. Douglas, and Michael D. Frisch.

3

Present for Respondents were Mike Layden, Eric Madiar, and David E. Ellis. On that call, counsel for Respondents reiterated their objections based on legislative immunity and the due process privilege. They further stated that, in their view, everything that they were obliged to produce had already been included in the material sent in response the FOIA request; and they were therefore not required to produce anything more. In addition, counsel for Respondents stated that they did not intend to provide a privilege log, as legislative immunity relieved them of this obligation.

8.      On September 7, 2011, Counsel for Timothy Mapes accepted service of the remaining subpoenas. Counsel for both parties agreed that the previously-made objections would apply to new group of Subpoenas as well.

9.      From September 12 to and including the date of this filing, counsel for Plaintiffs and Counsel for respondents exchanged a number of emails about the impending motion to compel. On September 14, Counsel for Plaintiffs (Thomas Panoff and Michael Frisch) and Counsel for Respondents (Eric Madiar and Richard Prendergast) tentatively agreed to consent to the jurisdiction of this Court to resolve their disputes regarding all of the Subpoenas served to date, whether served in this district or in the Central District of Illinois. That agreement was confirmed in a series of e-mails on September 15, 2011.

WHEREFORE, for the foregoing reasons, Plaintiffs have satisfied their obligations pursuant to Fed. R. Civ. P. 37(a)(1) and Northern District of Illinois Local Rule 37.2. Despite their good faith efforts, Plaintiffs' counsel could not resolve the matters brought to the Court in the instant motion.

Dated:  September 15, 2011                    Respectfully submitted,

                                              /s/ Lori E. Lightfoot

Tyrone C. Fahner
John A. Janicik
Lori E. Lightfoot
Joshua D. Yount
Dana S. Douglas
Thomas V. Panoff]
MAYER BROWN LLP
71 S. Wacker Drive.
Chicago, IL 60606
312-701-8680
312-706-8559 (fax)

*Attorneys for Plaintiffs*

# EXHIBIT C



# GENERAL ASSEMBLY

### STATE OF ILLINOIS

September 2, 2011

Lori Lightfoot
71 S. Wacker Drive
Suite 4471
Chicago, IL 60606

*VIA EMAIL lightfoot@mayerbrown.com*

Re:    Response to subpoenas in the matter of *Committee For a Fair and Balanced Map v. Illinois State Board of Elections*

Dear Lori:

We write in response to subpoenas, dated August 19, 2011, served upon the Illinois Senate, the Illinois House of Representatives, Office of the President of the Illinois Senate, Office of the Speaker of the Illinois House of Representatives, the Senate Redistricting Committee, the House Redistricting Committee, Ronald Holmes, Bria Scudder, and Travis Shea. As you are aware, we agreed that a response would be provided to you no later than Friday, September 2, 2011.

As a preliminary matter, we recognize that each party was served individually and acknowledge that the Senate and its employees, as well as the House and its employees, act independently. For ease of responding and to avoid undue confusion, the Senate and the House are responding collectively and shall be referred to in this response as the "Senate and House." Additionally, all subpoenas are referred to as the "Request."

## General Objections

The Senate and House make the following general objections, whether or not separately set forth in response to each document request, to each and every instruction, definition and document request made in the subpoena for production of documents:

      1.    The Senate and House object generally to the Request to the extent that it seeks to impose requirements with respect to the production of documents that are in addition to or different from those set forth in Rules 26, 34, and 45 of the Federal Rules of Civil Procedure, and any other applicable Federal Rules or Local Rules for the Northern District of Illinois.

      2.    The Senate and House object generally to the Definitions and Instructions included in the "Rider to Subpoena" to the extent that said definitions or instructions purport to enlarge, expand or alter the plain meaning and scope of any individual request on the grounds that such enlargement, expansion or

RECYCLED PAPER • SOYBEAN INKS

alteration renders the request vague, ambiguous, unduly broad, and uncertain. The Senate and House further object to the definitions and instructions to the extent that they seek to impose obligations beyond the requirements of the Federal Rules of Civil Procedure, and any other applicable Federal Rules or Local Rules for the Northern District of Illinois.

     3.     The Senate and House object generally to the Request on the grounds that it is overbroad and unduly burdensome to the extent that it seeks production of "all" documents related to redistricting dating back to January 1, 2010.

     4.     The Senate and House object generally to the Request insofar as any individual request seeks production of documents or communications protected by legislative immunity, the deliberative process privilege, the attorney-client privilege, and/or the work product doctrine.

<u>**Document Requests**</u>

     1.     All Documents related to the state of Illinois legislative and/or congressional Redistricting process which led to the planning, development, negotiation, drawing, revision or re-drawing of the Proposed Congressional Plan.

**RESPONSE:** The Senate and House object to request number 1 on the grounds that it is overly broad, unduly burdensome, and seeks documents or communications that are protected by legislative immunity, the deliberative process privilege, the attorney-client privilege, and/or the work product doctrine. Further, the Senate and House object to request number 1 on the grounds that it seeks documents not reasonably calculated to lead to the discovery of admissible evidence. The only non-privileged documents in the possession of the Senate and House that are responsive to your request are publicly available documents that were previously provided to one of your associates pursuant to the Freedom of Information Act. Please let us know if you would like an additional copy of those records.

     2.     All Documents, including, but not limited to, reports, analyses, election results or other election data, and Communications pertaining or relating to the planning, development, negotiation, drawing, revision or re-drawing of the Proposed Congressional Plan.

**RESPONSE:** The Senate and House object to request number 2 on the grounds that it is overly broad, unduly burdensome, and seeks documents or communications that are protected by legislative immunity, the deliberative process privilege, the attorney-client privilege, and/or the work product doctrine. Further, the Senate and House object to request number 1 on the grounds that it seeks documents not reasonably calculated to lead to the discovery of admissible evidence. Additionally, request 2 seeks the production of the documents sought in request 1.

     3.     All Documents regarding any Communications, discussions, meetings, and/or conversations, pertaining to or relating to the planning, development, negotiation, drawing, revision or re-drawing of the Proposed Congressional Plan with any of the following Persons:
          (a) Defendants;
          (b) Democratic Congressional Campaign Committee ("DCCC");
          (c) Any present or former staff, personnel, employees, attorneys, agents, investigators, representatives, experts, consultants, or anyone else acting on the DCCC's behalf;
          (d) Illinois House Redistricting Committee;
          (e) Illinois Senate Redistricting Committee;
          (f) Any member of the Illinois General Assembly;

(g) Any present or former staff, personnel, employees, attorneys, agents, investigators, representatives, experts, consultants, or anyone else acting on the Illinois General Assembly's behalf;

(h) Any current or former member of the United States Congress;

(i) Any present or former staff, personnel, employees, attorneys, agents, investigators, representatives, experts, consultants, or anyone else acting on the United States Congress' behalf; and

(j) Any interest groups which testified at Redistricting hearings.

**RESPONSE:** The Senate and House object to request number 3 on the grounds that it is overly broad, unduly burdensome, and seeks documents or communications that are protected by legislative immunity, the deliberative process privilege, the attorney-client privilege, and/or the work product doctrine. Further, request 3 seeks the production of the documents sought in requests 1 and 2.

4. All Documents, Communications, or other matter, including without limitation, all data files or any other data type, related to election and/or voter data; election Redistricting software, including, but not limited to, Maptitude and AutoBound shapefiles and data, and/or data from any other District mapping software program(s), including data files in draft form, Core and Compactness report data, and all 2010 Census data used for the purpose of planning and drawing the Proposed Congressional Plan or any other potential congressional plan that was not adopted.

**RESPONSE:** The Senate and House object to request number 4 on the grounds that it is overly broad, unduly burdensome, and seeks documents or communications that are protected by legislative immunity, the deliberative process privilege, the attorney-client privilege, and/or the work product doctrine. Additionally, the Senate and House object on the grounds that the request seeks the production of software and the applicable federal and local rules do not require the Senate and House to produce software programs. Further, request 4 seeks the production of the documents sought in requests 1 and 2.

5. All Documents, Communications, or other matter, that constitute, refer or relate to data files and drafts of data files used to formulate the composition of Districts 3, 4, and 5 of the Proposed Congressional Plan, including Compactness reports, Core reports, and any 2010 Census processed data used in conjunction with any District mapping software program(s).

**RESPONSE:** The Senate and House object to request number 5 on the grounds that it is overly broad, unduly burdensome, and seeks documents or communications that are protected by legislative immunity, the deliberative process privilege, the attorney-client privilege, and/or the work product doctrine. Further, request 5 seeks the production of the documents sought in requests 1 through 4.

6. Any draft drawings of any Districts of the Proposed Congressional Plan, whether created by You or by any other Person.

**RESPONSE:** The Senate and House object to request number 6 on the grounds that it is overly broad, unduly burdensome, and seeks documents or communications that are protected by legislative immunity, the deliberative process privilege, the attorney-client privilege, and/or the work product doctrine. Additionally, the Senate and House object on the grounds that the request seeks the production of software and the applicable federal and local rules do not require the Senate and House to produce software programs. Further, request 6 seeks the production of the documents sought in requests 1 and 2.

7. All documents which reflect the identity of any and all persons who assisted in the drawing of Districts, 3, 4, and 5 as they appear in the Proposed Congressional Plan.

3

**RESPONSE:** The Senate and House object to request number 7 on the grounds that it is overly broad, unduly burdensome, and seeks documents or communications that are protected by legislative immunity, the deliberative process privilege, the attorney-client privilege, and/or the work product doctrine.

8. All documents which reflect when the planning and drawing of Districts 3, 4, and 5 of the Proposed Congressional Plan were finalized.

**RESPONSE:** The Senate and House object to request number 8 on the grounds that it is overly broad, unduly burdensome, and seeks documents or communications that are protected by legislative immunity, the deliberative process privilege, the attorney-client privilege, and/or the work product doctrine.

9. With respect to District 3 of the Proposed Congressional Plan, all Documents which reflect the identity of Person(s) who made or participated in the decision to have the Latino VAP in District 3 as 24.64%.

**RESPONSE:** The Senate and House object to request number 9 on the grounds that it is overly broad, unduly burdensome, and seeks documents or communications that are protected by legislative immunity, the deliberative process privilege, the attorney-client privilege, and/or the work product doctrine. Further, the request, in conjunction with the provided definitions, is vague and not a viable request.

10. With respect to District 4 of the Proposed Congressional Plan, all Documents which reflect the identity of Person(s) who made or participated in the decision to have the Latino VAP in District 3 as 65.92%.

**RESPONSE:** The Senate and House object to request number 10 on the grounds that it is overly broad, unduly burdensome, and seeks documents or communications that are protected by legislative immunity, the deliberative process privilege, the attorney-client privilege, and/or the work product doctrine. Further, the request, in conjunction with the provided definitions, is vague and not a viable request.

11. With respect to District 5 of the Proposed Congressional Plan, all Documents which reflect the identity of Person(s) who made or participated in the decision to have the Latino VAP in District 5 as 16.05%.

**RESPONSE:** The Senate and House object to request number 11 on the grounds that it is overly broad, unduly burdensome, and seeks documents or communications that are protected by legislative immunity, the deliberative process privilege, the attorney-client privilege, and/or the work product doctrine. Further, the request, in conjunction with the provided definitions, is vague and not a viable request.

12. All Documents which reflect the identity of any expert or consultant who reviewed, commented on, advised or otherwise rendered any advice or opinion concerning the Proposed Congressional Plan.

**RESPONSE:** The Senate and House object to request number 12 on the grounds that it is overly broad, unduly burdensome, and seeks documents or communications that are protected by legislative immunity, the deliberative process privilege, the attorney-client privilege, and/or the work product doctrine.

13. All documents which reflect the identity of any and all experts or consultants who conducted any racial block [sic] voting or racial polarization analyses concerning the Proposed Congressional Plan.

4

**RESPONSE:** The Senate and House object to request number 13 on the grounds that it is overly broad, unduly burdensome, and seeks documents or communications that are protected by legislative immunity, the deliberative process privilege, the attorney-client privilege, and/or the work product doctrine.

14. If any racial block [sic] voting or racial polarization analysis was conducted by any expert or consultant, produce Documents which reflect all such analyses.

**RESPONSE:** The Senate and House object to request number 14 on the grounds that it is overly broad, unduly burdensome, and seeks documents or communications that are protected by legislative immunity, the deliberative process privilege, the attorney-client privilege, and/or the work product doctrine.

15. All Documents or Communications pertaining or relating to any analysis, review, study, or consideration undertaken by any expert, consultant, scholar or other Person regarding whether the Proposed Congressional Plan complies with Section 2 of the Voting Rights Act of 1965, 42 U.S.C. §1973, the U.S. Constitution, or the Illinois Constitution.

**RESPONSE:** The Senate and House object to request number 15 on the grounds that it is overly broad, unduly burdensome, and seeks documents or communications that are protected by legislative immunity, the deliberative process privilege, the attorney-client privilege, and/or the work product doctrine.

16. All documents which consist of reports or opinions of any expert or consultant used to support the composition of the entire Proposed Congressional Plan.

**RESPONSE:** The Senate and House object to request number 16 on the grounds that it is overly broad, unduly burdensome, and seeks documents or communications that are protected by legislative immunity, the deliberative process privilege, the attorney-client privilege, and/or the work product doctrine.

17. All Documents which reflect any and all analysis concerning the viability of drawing two Latino congressional Districts, whether the Districts be considered majority or influence District.

**RESPONSE:** The Senate and House object to request number 17 on the grounds that it is overly broad, unduly burdensome, vague, and seeks documents or communications that are protected by legislative immunity, the deliberative process privilege, the attorney-client privilege, and/or the work product doctrine.

18. Any engagement letters provided to experts or consultants engaged for the purpose of planning, preparing, drawing, analyzing or providing supporting evidence for the Proposed Congressional Plan.

**RESPONSE:** The Senate and House object to request number 18 on the grounds that it is overly broad, unduly burdensome, and seeks documents or communications that are protected by legislative immunity, the deliberative process privilege, the attorney-client privilege, and/or the work product doctrine. Subject to and without waiving the foregoing objections, contracts for experts or consultants retained by the Senate and House were previously provided, as detailed in our response to request 1, as they are publicly available documents.

19. All records of payment to any experts or consultants.

**RESPONSE:** The Senate and House object to request number 19 on the grounds that it is overly broad, unduly burdensome, and seeks documents or communications that are protected by legislative immunity, the deliberative process privilege, the attorney-client privilege, and/or the work product doctrine. Further,

the Senate and House object to request number 1 on the grounds that it seeks documents not reasonably calculated to lead to the discovery of admissible evidence. As previously indicated to you in separate correspondence, Dr. Allan Lichtman, Dr. David Lublin, and Dr. Gerald Webster did not perform any analysis of the Proposed Congressional Plan, and therefore any payments to them would not fall within the scope of this request. Records of payments made to Election Data Services ("EDS"), another consultant we previously discussed, are available from the Office of the Comptroller. As a courtesy, we have made a request for records of payment and will produce them when they are made available to our office.

20. All Documents identifying any Person(s) involved in the decision to post the Proposed Congressional Plan on the Illinois Senate website during the early morning hours of May 27, 2011.

**RESPONSE:** The Senate and House object to request number 20 on the grounds that it is overly broad, unduly burdensome, and seeks documents or communications that are protected by legislative immunity, the deliberative process privilege, the attorney-client privilege, and/or the work product doctrine.

21. All Documents identifying any Person(s) who actually posted the Proposed Congressional Plan on the Illinois Senate website during the early morning hours of May 27, 2011.

**RESPONSE:** The Senate and House object to request number 21 on the grounds that it is overly broad, unduly burdensome, and seeks documents or communications that are protected by legislative immunity, the deliberative process privilege, the attorney-client privilege, and/or the work product doctrine.

Sincerely,

David W. Ellis
Counsel to the Speaker
402 State House
Springfield, IL 62706
(217) 782-3392

Eric M. Madiar
Chief Legal Counsel to the President
605 State House
Springfield, IL 62706
(217) 782-2156

Michael Layden
Richard J. Prendergast, Ltd.
111 W. Washington Street, Suite 1100
Chicago, IL 60602
(312) 641-0881

# EXHIBIT D

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COMMITTEE FOR A FAIR AND )
BALANCED MAP, JUDY BIGGERT, )
ROBERT J. DOLD, RANDY HULTGREN, )
ADAM KINZINGER, DONALD MANZULLO, )
PETER J. ROSKAM, BOBBY SCHILLING, )
AARON SCHOCK, JOHN M. SHIMKUS, JOE )    Case No. _____
WALSH, RALPH RANGEL, LOU )
SANDOVAL, LUIS SANABRIA, MICHELLE )
CABALLERO, EDMUND BREZINSKI, and )
LAURA WAXWEILER, )
                                        )    Civil Action No. 1:11-cv-05065
            Plaintiffs,                 )    (Pending in the U.S. District
                                        )    Court for the Northern District of
v.                                      )    Illinois)
                                        )
ILLINOIS STATE BOARD OF ELECTIONS, )
WILLIAM M. MCGUFFAGE, JESSE R. )
SMART, BRYAN A. SCHNEIDER, BETTY J. )
COFFRIN, HAROLD D. BYERS, JUDITH C. )
RICE, CHARLES W. SCHOLZ, and ERNEST )
L. GOWEN, )
                                        )
            Defendants.                 )
                                        )
                                        )
                                        )

**PLAINTIFFS' MOTION TO COMPEL DEMOCRATIC CONGRESSIONAL
CAMPAIGN COMMITTEE TO COMPLY WITH SUBPOENA
SEEKING THIRD PARTY DISCOVERY**

Pursuant to Federal Rules of Civil Procedure 37(a) and 45(c), Plaintiffs hereby move this

Court to compel the Democratic Congressional Campaign Committee ("DCCC") to comply with

the subpoena ("Subpoena", attached as Exhibit A) that Plaintiffs have issued to it, and to produce

and permit for inspection and copying the materials specified therein. In support of this motion,

Plaintiffs state as follows:

## INTRODUCTION

1.     In their Subpoena, Plaintiffs seek documents from the DCCC because, as set forth in more detail below, on information and belief, the DCCC, its employees, and/or agents had a substantive role in creating the 2011 Illinois congressional redistricting plan ("Proposed Congressional Plan") enacted as Illinois P.A. 97-14.  Having injected itself into the Illinois congressional redistricting process, the DCCC now seeks to hide behind a series of bogus objections which are wholly lacking in merit.  Plaintiffs seek highly relevant information regarding the DCCC's role in creating the Proposed Congressional Plan, which is a product of a backroom legislative process shrouded in darkness.  Plaintiffs are entitled to that information to prove their claims that the Proposed Congressional Plan intentionally dilutes the votes of Latinos, enacts an unconstitutional racial gerrymander, and engages in blatant partisan gerrymandering.  And the DCCC has no legitimate basis on which to shield that information from discovery.

2.     Because the DCCC has regarded the Subpoena as something akin to a social invitation that it can ignore and has utterly failed to approach the meet and confer process with anything other than bad faith, Plaintiffs have no alternative but to seek this Court's assistance to enforce the duly issued Subpoena.

## FACTUAL BACKGROUND

3.     On July 27, 2011, Plaintiffs filed a six-count complaint (the "Complaint," attached as Exhibit B) in the United States District Court for the Northern District of Illinois challenging the legality of the Proposed Congressional Plan.  Plaintiffs are comprised of the following: the Committee for a Fair and Balanced Map, an independent not-for-profit organization created by Illinois citizens concerned about the Congressional redistricting process

2

in Illinois; several Latino, Latina, and Republican voters who are residents of Chicago and the surrounding suburbs; and ten Illinois Republican congresspersons.

4.      The action ("Action"), docketed as case no. 1:11-cv-05065, was initially assigned to District Judge Joan H. Lefkow and subsequently assigned to a three-judge panel consisting of Judge Lefkow, Circuit Judge John Daniel Tinder and District Judge Robert L. Miller, Jr. Plaintiffs brought Action against the Illinois State Board of Elections and its members Harold Byers, Betty Coffrin, Ernest Gowen, William McGuffage, Jesse Smart, Judith Rice, Bryan Schneider, and Charles Scholz (collectively the "Board"). Plaintiffs' Complaint asserts that the Proposed Congressional Plan violates the Voting Rights Act, the Equal Protection Clause of the Fourteenth Amendment, the Fifteenth Amendment, and the First Amendment because it unlawfully uses racial gerrymandering to create a majority Latino district, dilutes the votes of Latinos by packing them into a single congressional district, and is gerrymandered to discriminate against Republican voters.[1]

5.      In light of the looming 2012 election season, for which the Proposed Congressional Plan was created, the parties conferred and submitted a agreed discovery schedule to the court, and on August 11, 2011, the court entered an order ("Order" attached as Exhibit C) setting a briefing schedule and granting expedited discovery. The briefing schedule accounted for the fact that the Defendants may file a motion to dismiss (Order ¶ 1) (which they did on

---

[1]      Specifically, Plaintiffs allege that the Proposed Congressional Plan intentionally dilutes Latino votes, in violation of Section 2 of the Voting Rights Act (Count I), the Equal Protection Clause of the Fourteenth Amendment (Count II), and the Fifteenth Amendment (Count III). Plaintiffs also allege that the Proposed Congressional Plan discriminates on the basis of race without being narrowly tailored to further a compelling state interest, in violation of the Equal Protection Clause of the Fourteenth Amendment (Count IV). Finally, Plaintiffs allege that the Proposed Congressional Plan is an unconstitutional political gerrymander, in violation of the First Amendment (Count V) and the Equal Protection Clause of the Fourteenth Amendment (Count VI). See Compl. ¶¶ 108-38.

August 31), made the response due September 28, and made the reply due October 12. But the court nonetheless ordered discovery to proceed at the same time, setting expert discovery deadlines of September 14 and September 28 (*id.* ¶ 2.3), and mandating that "[d]iscovery shall be completed by October 19, 2011." *Id.* ¶ 2.8.

6.      On August 19, 2011, Plaintiffs issued the Subpoena to the DCCC, returnable on August 29, 2011. The Subpoena consisted of twenty-one requests for production seeking documents related to: (1) the Illinois congressional redistricting process and the planning, development, negotiation, drawing, revision, or re-drawing of the Proposed Congressional Plan; (2) election and voter data as well as software used to plan and draw the Proposed Congressional Plan, its respective districts, or any other potential redistricting plan that was not ultimately adopted; (3) expert or consultant reports or any other analyses regarding the Proposed Congressional Plan; and (4) the posting of the Proposed Congressional Plan on the Illinois Senate website on May 27, 2011. The DCCC received service of the Subpoena on or about August 22, 2011.

7.      On August 26, 2011, counsel for Plaintiffs received an email from counsel for the DCCC attaching a four-page letter containing purported objections ("Objections" attached as Exhibit D) to the Subpoena.[2] The Objections made hardly any specific references to the twenty-one Subpoena requests and were replete with threats and mischaracterizations. The cover email nonetheless suggested a telephone conference to "discuss the matter." *See* Ex. E. Counsel for Plaintiffs replied on the same day via email and voicemail message stating their willingness to speak with counsel for the DCCC regarding their Objections but expressing their concerns with

---

[2]      All email correspondence between counsel for Plaintiffs and counsel for the DCCC relating to the Subpoena is attached as Exhibit E hereto.

the substance and tone of the Objections and "the complete absence of any indication that evidences any willingness to abide by a court order". *See id.*

8. On August 29, 2011, counsel for Plaintiffs and counsel for DCCC exchanged email messages scheduling a telephone conference to discuss the Subpoena and Objections. *See id.* That afternoon, counsel for Plaintiffs and counsel for the DCCC participated in the telephone conference. During the call, Plaintiffs' counsel learned that counsel for the DCCC had not conferred with his client as to whether the DCCC in fact had any responsive documents prior to either sending the August 26, 2011 letter containing the blanket Objections or participating in the August 29, 2011 call. Plaintiffs' counsel expressed willingness to negotiate the scope of the Subpoena should the DCCC be willing to continue the meet and confer process.

9. On the evening of August 29, 2011, counsel for Plaintiffs sent a confirmatory email to the DCCC's counsel memorializing the parties' agreement that counsel for the DCCC would consult his client about the scope of its involvement in the process to redraw Illinois' congressional districts and the types of documents that it maintains as a result of that involvement. *See id.* Counsel for Plaintiffs reiterated that Plaintiffs sought a request-by-request response to the Subpoena, including objections and a description of the documents the DCCC was willing to provide, no later than Friday, September 2, 2011. Counsel for Plaintiffs also requested a sample protective order since the DCCC's counsel had raised concerns about producing documents in the absence of a protective order. *See id.*

10. On August 30, 2011, counsel for Plaintiffs and the DCCC exchanged emails in response to the August 29 telephone conference and confirmatory email. DCCC's counsel stated that "[w]e have already objected to the subpoena" and represented that he would consult with his client and "provide a counterproposal by the end of the week." Counsel for DCCC further stated

that his client would "consider what you said yesterday, and . . . determine what - if anything - it might have that would be both responsive to your needs, and respectful of its rights as a non-party under Rule 45." *Id.*

11.     Shortly before 5 PM on September 2, 2011—the Friday before the Labor Day holiday weekend—counsel for the DCCC sent counsel for Plaintiffs a letter attached to an email ("Sept. 2 Letter" attached as Exhibit F). Rather than offer a good faith "counterproposal" per his representation, the DCCC's counsel wrote that, in light of the Board's August 31, 2011 motion to dismiss, he and his client "believe that discovery from DCCC . . . would be premature until the court decides [the motion]." Counsel for Plaintiffs replied via email, expressing disappointment in the utter lack of the promised counterproposal. *See* Ex. E. Counsel for Plaintiffs also explained that the DCCC's intention "to wait to address substantive compliance with the subpoena until the Court rules on the motion to dismiss is unworkable" since both the agreed scheduling order entered by Judge Lefkow and her standing order require that "discovery proceeds unabated even during the pendency of the briefing of the motion to dismiss." *Id.* As of the time of this motion, six days later, the DCCC has failed to respond to that Sept. 2, 2011 email or otherwise provide any substantive response to the Subpoena.

## ARGUMENT

**I.     Plaintiffs are Justified in Seeking Production of Documents from the DCCC.**

12.     Parties may issue subpoenas to "obtain discovery regarding any matter, not privileged, that is relevant to the claim or defense of any party, including the existence, description, nature, custody, condition, and location of any books, documents, or other tangible things and the identity and location of persons having knowledge of any discoverable matter." *In re Providian Fin. Corp. Sec. Litig.*, 222 F.R.D. 22, 25 (D.D.C. 2004) (citing FED. R. CIV. P.

26(b)(1)); *see also Heat & Control, Inc. v. Hester Indus., Inc.*, 785 F.2d 1017, 1023 (Fed. Cir. 1986) (noting that Rule 45 must be read in light of Rule 26(b)). Federal Rule of Civil Procedure 45(c)(2)(B)(i) "provides that a person commanded to produce documents may object to the subpoena, but that the serving party may then move the Court for an order compelling production." *In re Micron Tech., Inc. Sec. Litig.*, 264 F.R.D. 7, 8-9 (D.D.C. 2010). On a motion to compel, "[t]he moving party carries the burden of showing that the requested documents are discoverable within the meaning of Federal Rule of Civil Procedure 26(b)(1)." *Prescott v. Cnty. of Stanislaus*, 2011 WL 2119036, at *1 (E.D. Cal. May 23, 2011) (granting motion to compel). But "relevancy at the discovery stage is broadly defined." *Albany Molecular Research, Inc. v. Schloemer*, 274 F.R.D. 22, 27 (D.D.C. 2011) (denying motion to quash). As set forth below, Plaintiffs' requests plainly come with the scope of Rule 26.

13. Plaintiffs seek limited and specific categories of documents from the DCCC based on the DCCC's involvement in developing the map that became the Proposed Congressional Plan. Based on several sources, Plaintiffs have a good faith basis to believe that the DCCC possesses such documents.

14. In particular, on information and belief, in late April 2011, an Illinois Democratic member of Congress approached an Illinois Republican member and presented a draft partial Congressional reapportionment plan. *See* Exhibit G. That Democratic member informed his Republican colleague that the DCCC and/or one of its agents created the draft map. That draft map was later incorporated almost wholesale into the map first debuted by Illinois state senate Democrats in the early morning hours of May 27, 2011, the Friday of Memorial Day weekend, and then passed by the Illinois General Assembly along party lines four days later on May 31, 2011.

15. For example, the distinct and unusual shape of the proposed 4th Congressional district—known as "the earmuff"—as passed by the Illinois General Assembly is nearly identical to the same district in the DCCC's draft plan. *See* Exhibit H. Indeed, the division between the proposed 4th and 3rd districts in Chicago, which is where Plaintiffs allege intentional discrimination, appears *exactly* the same in both plans. *See id.* Likewise, the proposed 10th Congressional district of the Proposed Congressional Plan passed by the Illinois General Assembly is nearly identical to the same district in the DCCC's draft plan, with the same two northern arms—one extending to Zion and the other to Round Lake Beach—and the same southern arm extending into Cook County along Interstate 294. *See* Exhibit I. In fact, most Chicago area districts appear to have originated in the DCCC's draft plan. *See* Exhibit J. While minor changes were made in the version ultimately passed by the General Assembly—such as extending the proposed 5th district an additional block to separate Rep. Judy Biggert from her constituents—the plans clearly are related. Given this apparent nexus between the DCCC draft and the Proposed Congressional Plan which is now Illinois law, Plaintiffs, who challenge the constitutionality of the Proposed Congressional Plan, rightfully seek information from the entity and/or individuals who had a role in creating that plan.

16. Tellingly, neither in its four-page, single-spaced Objections, nor in any subsequent communications with Plaintiffs' counsel, has the DCCC ever denied that it possesses relevant and responsive documents. Even when Plaintiffs' counsel assured counsel for the DCCC that the Subpoena was limited to the role that the DCCC played in creating the Proposed Congressional Plan and not other information, the DCCC never stated that it played no such role or that it had no responsive documents. Had it done so, and affirmed that fact in writing, that

8

would have ended the inquiry. The only conclusion, therefore, is that the DCCC does indeed possess documents responsive to the Subpoena.

17.     Rather than produce those documents in good faith compliance with the Subpoena, however, the DCCC has stonewalled Plaintiffs and attempted to evade the Subpoena with completely specious Objections.

**II.     The DCCC's Refusal to Comply with the Subpoena Based on the Pending Motion to Dismiss is Improper.**

18.     Per its Sept. 2 Letter, the DCCC unilaterally decided that it need not comply with the Subpoena because the Board filed a motion to dismiss in the underlying Action. As set forth above (*see* ¶ 4, *supra*), Judge Lefkow's August 19, 2011 Order clearly requires that discovery continue while the Board's motion to dismiss is pending. The DCCC has absolutely no right to defy that order and ignore the subpoena, a court order, in the meantime. "Rule 45 subpoenas are 'discovery' under Rules 16 and 26 of the Federal Rules of Civil Procedure, and are subject to the same deadlines as other forms of discovery." *Dag Enters., Inc. v. Exxon Mobil Corp.*, 226 F.R.D. 95, 104 (D.D.C. 2005). As this District has made clear, "[a] scheduling order is not a frivolous piece of paper, idly entered, which can be cavalierly disregarded by counsel without peril. Indeed, disregard of the order would undermine the court's ability to control its docket, disrupt the agreed-upon course of litigation, and reward the indolent and the cavalier." *Id.* (internal citations and brackets omitted).

19.     Moreover, Judge Lefkow's standing order pertaining to discovery explicitly states that "the pendency of a motion, such as a motion to dismiss, *does not operate as a stay or extension of discovery.*" Exhibit K (emphasis added). The DCCC's position that it somehow is excused from producing documents during the pendency of the motion to dismiss is thus baseless.

9

20.    Even in the absence of an order requiring that discovery proceed, it would not be for the DCCC, a non-party to the Action, to decide whether discovery should be stayed pending a decision on the motion to dismiss.  That determination is solely for the court to make, and the DCCC requested no such relief..  *Beecham v. Socialist People's Libyan Arab Jamahiriya*, 245 F.R.D. 1, 3 (D.D.C.2007) (internal citations omitted) (denying stay of jurisdictional discovery).  Nor would the filing of a dispositive motion presumptively entitle the DCCC to a stay of discovery even if they asked for it.  *OMG Fidelity, Inc. v. Sirius Techs., Inc.*, 239 F.R.D. 300, 304 (N.D.N.Y. 2006) (mere filing of a motion to dismiss does not guarantee entitlement to a stay).  The DCCC therefore cannot refuse to comply in light of the pending motion to dismiss the underlying Action.

III.    **The DCCC's Objections to Plaintiffs' Subpoena Fail.**

21.    The central, overarching problem with the DCCC's Objections to the Subpoena is that they are blanket, boilerplate objections and are therefore waived.  A non-party "is subject to the same obligations and scope of discovery under Rule 45 as if it were a party proceeding under Rule 34."  *Sabol v. Brooks*, 469 F. Supp. 2d 324, 328 (D. Md. 2006).  Rule 34 thus "plainly states that objections to requests for production must be made on an individual basis." *Lurensky v. Wellinghoff*, 258 F.R.D. 27, 30 (D.D.C. 2009).  And "[u]nder Rule 34, failure to make particularized objections to document requests constitutes a waiver of those objections." *Sabol*, 469 F. Supp. 2d at 328 (ordering non-party to produce documents requested by a Rule 45 subpoena); *see also* FED. R. CIV. P. 34 (b)(2)(B) ("For *each item or category*, the response must . . . state an objection to the request, including the reasons.") (emphasis added).  The DCCC has not even attempted to comply with the specificity requirements of Rule 34.  Thus, its Objections are waived, and the Court should grant Plaintiffs' motion.

22.     Furthermore, the DCCC cannot rely on its status as "a Democratic national political party committee" (Objections at 1) as an excuse to disobey the Subpoena. It is well established that such entities are subject to the subpoenas. *See, e.g., Judicial Watch, Inc. v. U.S. Dep't of Commerce*, 127 F. Supp. 2d 224 (D.D.C. 2000) (third party Democratic National Committee is subject to subpoena). The DCCC is subject to Rule 45 and must comply with the Subpoena accordingly.

**A.     The DCCC's Relevance-Based Objection is Without Merit.**

23.     The DCCC's first objection claims that there is no basis "to think that the subpoena will yield evidence relevant to [Plaintiffs'] case." Objections at 1. Plaintiffs do not understand how counsel for the DCCC could make such an objection *before* bothering to consult with the DCCC on the extent of its involvement in the development of the Proposed Congressional Plan. In any event, it is well-settled that the scope of discovery through a subpoena is the same as that applicable to the other discovery rules, including FED. R. CIV. P. 26(b)(1). *See Gonzales v. Google, Inc.*, 234 F.R.D. 674, 679 (N.D. Cal. 2006) (granting in part motion to compel); *see also Linnebur v. United Tel. Ass'n, Inc.*, 2011 WL 3490022, at *7 (D. Kan. Aug. 10, 2011). Rule 26(b)(1) of the Federal Rules of Civil Procedure clearly allows discovery of "*any* matter relevant to the subject matter involved in the action." FED. R. CIV. P. 26(b)(1) (emphasis added). "Relevant information need not be admissible at the trial if the discovery appears reasonably calculated to lead to the discovery of admissible evidence." *Id.* "Hence, a party may discover information which is not admissible at trial if such information will have some probable effect on the organization and presentation of the moving party's case." *Smith v. Schlesinger*, 513 F. 2d 462, 472-73 (D.C. Cir. 1975). There can be no doubt that the documents that are the subject of the Subpoena fall within the parameters of Rule 26.

24.     As explained above (¶¶ 13-16, *supra*), on information and belief, the DCCC was intimately involved in the redistricting process, drafting substantive portions of the Proposed Congressional Plan that now is the law in Illinois. The DCCC nonetheless claims that "not a single page of DCCC documents would be necessary for Plaintiffs to prove those [constitutional and Voting Rights Act] violations." On the contrary, documents related to the DCCC's involvement in the redistricting process are likely to shed light on the goals and purposes of the Proposed Congressional Plan, as well as the motivation and intent of the Illinois lawmakers who engaged the DCCC to assist in drawing the Proposed Congressional Plan. Having interjected itself into this back-room legislative process, the DCCC cannot now complain that it is subject to discovery related to the scope of its participation in the development of the Proposed Congressional Plan.

25.     Indeed, due to the opaque nature of the development of the Proposed Congressional Plan, Plaintiffs must turn to the entities that had a role in the redistricting process to obtain relevant information. For example, neither the Proposed Congressional Plan nor any of its preceding drafts were disseminated during the public hearings conducted by the Illinois Senate and House Redistricting Committees. Compl. ¶¶ 38, 40. In fact, the Proposed Congressional Plan was not made public until the early morning of May 27, 2011, four days before its ultimate passage on a straight party line vote. Illinois' redistricting process has been excoriated for such secrecy. *See, e.g.,* ILLINOIS CAMPAIGN FOR POLITICAL REFORM, MAPPING IN THE DARK (2011), http://www.ilcampaign.org/sites/default/files/Mapping%20in%20the%20 Dark-Redistricting%20Illinois%20in%202011(2).pdf (attached as Exhibit L) ("The Democratic leaders' refusal to share their redistricting power with residents—despite repeated calls from voters, interest groups and civil rights organizations to do just that—allowed partisan interests to

12

again have priority over the public's interest."). In such circumstances, the DCCC's statement that the requested documents are not relevant is plainly incorrect and is no excuse for noncompliance with the Subpoena.

26.     Furthermore, "[a] non-party seeking relief from a subpoena bears the burden of demonstrating that the subpoena should be modified or quashed." *Call of the Wild Movie, LLC v. Does 1-1,062*, 770 F. Supp. 2d 332, 354 (D.D.C. 2011). Thus, if "a party objects to the production of information or documents on the basis of relevancy, then the objecting party "must show specifically how each [request] is not relevant." *In re Gateway Eng'rs, Inc.*, 2009 WL 3296625, at *3 (W.D. Pa. Oct. 9, 2009) (brackets in original) (denying motion to quash). *See also Teton Homes Europe v. Forks RV*, 2010 WL 3715566, at *2 (N.D. Ind. Sept. 14, 2010) (objecting party must specifically detail the reasons why each request is irrelevant). Here, the DCCC has not even attempted to explain its relevance objection with any specificity; indeed, its Objections related to relevance do not reference a single one of Plaintiffs' requests. Such a general statement of irrelevance cannot satisfy the DCCC's burden. *See Smith v. United Salt Corp.*, 2009 WL 2929343, at *6 (W.D. Va. Sept. 9, 2009) (To "assert in a conclusory fashion that the subpoenas . . . seek irrelevant information . . . does not meet the heavy burden of proof under Rules 26(c) and 45(c).").

**B.     The DCCC's Objection Based on Overbreadth and Vagueness Fails.**

27.     The DCCC's objection on grounds of overbreadth and vagueness also fails.[3] A request is overbroad only when it seeks categories of documents or information *beyond those*

---

[3]     To the extent that the DCCC's "vagueness" objection actually is distinct from its assertion of overbreadth, this objection also must fail. "[W]here a party objects on the grounds of vagueness and ambiguity, he has the burden to demonstrate the vagueness or ambiguity by setting forth specific facts in support of its objection." *Rosales v. El Rancho Farms*, 2011 WL 2433352, at *2 (E.D. Cal. Jun. 13, 2011) (granting motion to compel). As a blanket objection to

which could be relevant to the litigation. *See, e.g., Presbyterian Manors, Inc. v. Simplex Grinnell, L.P.*, 2010 WL 3880027, at *10 (D. Kan. Sept. 28, 2010) (ordering compliance with subpoena despite overbreadth objections where opposing party could not show that any information sought was irrelevant); *Educ. Fin. Council v. Oberg*, 2010 WL 3719921, at *5, n.8 (D.D.C. Mar. 8, 2010) (declining to address overbreadth argument where amended subpoena was narrow and "reasonably tailored to seek relevant information"). Particularly since Plaintiffs specifically clarified in the meet and confer process that all of their requests are directed to the DCCC's role in creating and reviewing redistricting plans for Illinois's congressional districts based on 2010 census figures, the DCCC's general overbreadth objection that Plaintiffs seek a "wide range of documents" (Objections at 2) is completely meritless. A request for a wide range of documents on a limited and relevant subject is not overbroad.

28.    Aside from objecting to the undeniably short date range of January 1, 2010 to the present,[4] the Objections make only one other specific assertion of overbreadth or vagueness, relating to Request No. 19 for "documents related to payment of experts", which it claims is vague and overbroad because it is not limited to the redistricting process in Illinois. *See* Objections at 2. During their August 29, 2011 telephone conference, Plaintiffs stated that Request No. 19 should be construed to apply only to experts involved in the Illinois redistricting

---

the Subpoena, the DCCC's assertion of vagueness is "not a legitimate objection to discovery." *Williams v. Taser Intern., Inc.*, 2007 WL 1630875, at *3 (N.D. Ga. Jun. 4, 2007) (granting motion to compel and chastising objecting party for asserting "boilerplate objections").

[4]    The DCCC's Objections claim that because 2010 census data had not yet been circulated and the official legislative redistricting process had not begun, there is no reason to request documents dating back as far as January 2010. *See* Objections at 2. Because such data were going to be released and the redistricting process commenced in early 2011, it is logical that preparations were being made in 2010. In any event, if the DCCC has no relevant documents dating back as far as January 1, 2010, then there is nothing to produce and it can limit its production to the date range for which it possesses relevant documents.

process and resulting Proposed Congressional Plan, a limitation clearly spelled out in the preceding Request No. 18. *See* Ex. A. The DCCC thus has failed to carry its burden of proof on its overbreadth and vagueness objections.

### C. The First Amendment Does Not Excuse the DCCC's Compliance with the Subpoena.

29. In its Objections, the DCCC asserts that the First Amendment relieves it of the obligation to comply with the Subpoena, referencing *Perry v. Schwarzenegger*, 591 F. 3d 1147 (9th Cir. 2010). But under *Perry*, the DCCC would have to make a prima facie showing that enforcement of the Subpoena would result in "harassment, membership withdrawal, or discouragement of new members." *Id.* at 1160. Given that the DCCC is an association of elected officials whose political activity is quite public—rather than a group of private citizens anonymously participating in politics (as in *Perry*)—it is difficult to imagine how the DCCC could make such showing. Regardless, the DCCC has not even attempted to do so here, and its conclusory First Amendment objection therefore must fail.[5]

30. Even if the DCCC did demonstrate a credible First Amendment argument, Plaintiffs' Subpoena seeks only a narrow set of documents regarding the DCCC's role in serving as a mapmaking agent for the Democratic legislators of Illinois. The Subpoena's requests are not intrusive: Plaintiffs do not seek documents such as membership lists or details of the DCCC's advocacy efforts. In addition, Plaintiffs' Complaint and related discovery efforts seek to vindicate the *at least* equally important First, Fourteenth, and Fifteenth Amendment rights of the Plaintiffs and the residents of Illinois generally.

---

[5] The DCCC also cites *Federal Election Comm'n v. Machinists Non-Partisan Political League*, 655 F.2d 380 (D.C. Cir. 1981), but that case has nothing to do with the objection raised. There, the court simply concluded that because First Amendment interests were implicated by the subpoena, careful scrutiny of the FEC's jurisdiction was required, and no jurisdiction existed. There is no dispute here about jurisdiction.

**D.    The DCCC's Objections Regarding Confidentiality and Privilege are Without Merit.**

31.    A subpoena recipient objecting to a discovery request on the ground of privilege must "describe the nature of the documents . . . not produced or disclosed—and do so in a manner that, without revealing information itself privileged or protected, will enable other parties to assess the claim." FED. R. CIV. P. 26(b)(5)(A)(ii).  The proponent of the privilege "must do more than advance a blanket assertion of attorney-client privilege and attorney work product." *Williams v. City of Dallas*, 178 F.R.D. 103, 115 (N.D. Tex. 1998) (To reject an argument to quash based on privilege "it is sufficient to point to [the party's] obligation under Rule 45(d)(2) to lodge objections . . . that are supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.").  Rather, the proponent must assert the privilege on a document-by-document basis. *Id.* at 116 (citing *Hugley v. Art Inst. of Chi.*, 981 F. Supp. 1123, 1128 (N.D. Ill. 1997)).  Once again, the DCCC has failed to make its objection with anything like the specificity that the Federal Rules require.  It has submitted no privilege log showing which documents or communications might be protected, nor has it even attempted to explain how the privilege might apply to communications between a political campaign committee and state legislators related to a state legislative task.

32.    Likewise, the DCCC's objection on the ground of confidentiality is unfounded. The DCCC is well-aware that it can seek a protective order for its sensitive information so long as it can show good cause. *See* FED. R. CIV. P. 26(c); *see also Klayman v. Judicial Watch, Inc.*, 247 F.R.D. 19, 22 (D.D.C. 2007) (courts have broad discretion to issue protective orders). Moreover, courts often are willing to approve protective orders stipulated by the parties. *See, e.g., In re Application of Caratube Int'l Oil Co., LLP*, 730 F. Supp. 2d 101, 104 (D.D.C. 2010)

16

(approving protective order agreed to by the parties). Also, Plaintiffs' counsel agreed to consider a protective order and invited the DCCC's counsel to propose such an order. *See* Ex. E. The DCCC's counsel already has proposed a stipulated protective order in this case (attached hereto as Exhibit M) but did so while ignoring its commitment to provide a substantive counterproposal to the discovery sought by the Subpoena, and counsel for Plaintiffs have made clear their willingness to negotiate a suitable order for the court's approval.

### E. The DCCC's Objection Based on Burden and Expense Fails.

33. The DCCC also objects that production of the requested documents would be unduly burdensome and expensive. Objections at 3-4. But the DCCC's burden objection comes in the context of the DCCC apparently having failed to determine whether in fact it possesses any relevant or responsive documents. How then can it even claim that any burden or expense associated with complying with the Subpoena is undue or excessive? The burden objection should be overruled on that ground alone.

34. In any event, "[w]hen the burdensomeness of a subpoena is at issue, the onus is on the party alleging the burden to prove that the subpoena violates Rule 45." *Flatow v. The Islamic Republic of Iran*, 196 F.R.D. 203, 207 (D.D.C. 2000), vacated in part on other grounds, 305 F.3d 1249 (D.C. Cir. 2002). In its blanket Objections, the DCCC has not made the requisite showing. In particular, the DCCC has declined to offer an estimate of how much staff time or expense would be involved in gathering the documents requested by the subpoena. "[A]ssertions of a burden without specific estimates of staff hours needed to comply will be categorically rejected." *Id.* (internal citations and quotation marks omitted). The DCCC's objection merely points out what courts have long recognized: "Compliance with a subpoena inevitably involves some measure of burden to the producing party." *Booth v. Davis*, 2011 WL 2008284, at *7 (D.

17

Kan. May 23, 2011) (denying motion to quash). And a court will not "excuse compliance with a subpoena for relevant information simply upon the cry of 'unduly burdensome.'" *Id.*

35. Thus, there is no merit to the DCCC's objection based on burden and expense, particularly in light of its absolute failure to determine whether it possessed any relevant or responsive documents.

### F. There is no Basis for the DCCC's Objection Based on the Time to Comply.

36. Finally, the DCCC's objection regarding of the amount of time it had to comply with the Subpoena is without merit. Rule 45 does not specify what constitutes a reasonable amount of time to allow for compliance with a subpoena. See FED. R. CIV. P. 45(c)(3)(A)(i). Several courts have held that fourteen days is presumptively reasonable, *see In re Rule 45 Subpoena Issued to Cablevision Systems Corp. Regarding IP Address 69.120.35.31*, 2010 WL 2219343, at *5 (E.D.N.Y. Feb. 5, 2010) (collecting cases), and the expedited discovery schedule in this case justifies an even earlier return date. Importantly, moreover, Plaintiffs did not insist on strict compliance with the original 10-day return date and gave counsel for the DCCC an additional four days after the return date to consult with his client and provide a counterproposal regarding the Subpoena. The DCCC made no such counterproposal and offered no estimate of how quickly it could reply. Instead, it insisted that it does not have to do anything until after the motion to dismiss is decided (*see* Sept. 2 Letter), which will not occur until the end of October. In addition to being well past the fourteen-day window, this timeline violates the Order issued by Judge Lefkow under which discovery closes on October 19, 2011. *See* Order ¶ 2.8. The DCCC's unilateral decision to delay is patently unreasonable.

37. Furthermore, the DCCC's objection that the subpoena does not allow a reasonable time to comply plainly is a restatement of its undue burden argument. As shown above, that

objection fails because the DCCC has not presented a detailed estimate of the burden imposed.

*See Flatow*, 196 F.R.D. at 207.

## CONCLUSION

WHEREFORE, for the foregoing reasons, the Court should order the Democratic Congressional Campaign Committee to comply with Plaintiffs' subpoena within ten (10) days and award Plaintiffs their attorneys' fees and other costs associated with Plaintiffs' Motion To Compel Democratic Congressional Campaign Committee To Comply With Subpoena Seeking Third Party Discovery.

Dated: Sept. 8, 2011                         Respectfully submitted,

_____
Anthony Alexis (Bar No. DC 384545)
MAYER BROWN LLP
1999 K Street, N.W.
Washington DC 20006-1101
(202) 263-3000
(202) 263-3300 - fax
aalexis@mayerbrown.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule LCvR 7(m), in addition to exchanging emails on August 26, 2011, August 29, 2011, August 30, 2011, and September 2, 2011, on August 29, 2011, Lori E. Lightfoot and Dana S. Douglas (counsel for Plaintiffs) met and conferred telephonically with Brian G. Svoboda (counsel for the DCCC). *See* Ex. E. Despite their good faith efforts, Plaintiffs' counsel could not resolve the matters brought to the Court in the above motion.

19

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 8, 2011, a copy of the foregoing Motion to Compel

Democratic Congressional Campaign Committee to Comply with Subpoena Seeking Third Party

Discovery was provide to the following by email and overnight courier for delivery the next

business day:

> Brent D. Stratton
> Carl T. Bergetz
> Jonathon A. Rosenblatt
> OFFICE OF THE ILLINOIS ATTORNEY
> GENERAL
> 100 West Randolph Street
> Chicago, IL 60601
> bstratton@atb.state.il.us
> cbergetz@atb.state.il.us
> jrosenblatt@atb.state.il.us
>
> *Counsel for Defendants Illinois State Board of
> Elections and Its Members*
>
> Brian G. Svoboda
> PERKINS COIE LLP
> 700 13th Street, NW
> Washington, DC 20005
> bsvoboda@perkinscoie.com
>
> *Counsel for Democratic Congressional Campaign
> Committee*

Dated: September 8, 2011

> By: _____
> Anthony Alexis (Bar No. DC 384545)
> Mayer Brown LLP
> 1999 K Street, N.W.
> Washington DC 20006-1101
> (202) 263-3000
> (202) 263-3300 - fax
> aalexis@mayerbrown.com
> *Attorneys for Plaintiffs*