## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| COMMITTEE FOR A FAIR AND<br>BALANCED MAP, JUDY BIGGERT,<br>ROBERT J. DOLD, RANDY HULTGREN,<br>ADAM KINZINGER, DONALD MANZULLO,<br>PETER J. ROSKAM, BOBBY SCHILLING,<br>AARON SCHOCK, JOHN M. SHIMKUS,<br>JOE WALSH, RALPH RANGEL, LOU<br>SANDOVAL, LUIS SANABRIA,<br>MICHELLE CABALLERO, EDMUND<br>BRENZINSKI, and LAURA WAXWEILER,<br><br>     Plaintiffs,<br><br>     v.<br><br>ILLINOIS STATE BOARD OF ELECTIONS,<br>WILLIAM M. MCGUFFAGE,<br>JESSE R. SMART, BRYAN A. SCHNEIDER,<br>BETTY J. COFFRIN, HAROLD D. BYERS,<br>JUDITH C. RICE, CHARLES W. SCHOLTZ,<br>and ERNEST L. GOWEN,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     No. 11 C 5065<br>)<br>)     Judge John Daniel Tinder<br>)     Judge Robert L. Miller<br>)     Judge Joan Humphrey Lefkow<br>)<br>)<br>)<br>)<br>)<br>) |

## O R D E R

Because the defendants' argument about use of voting age population was raised for the first time in their reply, the court GRANTS the plaintiffs' motion for leave to file surreply (doc #83) and deems the surreply brief attached to that motion to have been FILED this date. The court anticipates no further briefing on the motion to dismiss.

     SO ORDERED.

Enter: **October 18, 2011**
          **/s/ John Daniel Tinder**
          JUDGE JOHN DANIEL TINDER
          United States Court of Appeals
          for the Seventh Circuit

JUDGE ROBERT L. MILLER
United States District Court
for the Northern District of Indiana

JUDGE JOAN HUMPHREY LEFKOW
United States District Court
for the Northern District of Illinois