# EXHIBIT A

```
 1              IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF ILLINOIS
 2                       EASTERN DIVISION

 3   COMMITTEE FOR A FAIR AND            )
     BALANCED MAP, JUDY BIGGERT,         )
 4   ROBERT J. DOLD, RANDY HULTGREN,     )
     ADAM KINZINGER, DONALD              )
 5   MANZULLO, PETER ROSKAM BOBBY        )
     SCHILLING, AARON SCHOCK, JOHN       )
 6   M. SHIMKUS, JOE WALSH, RALPH        )
     RANGEL, LOU SANDOVAL, LUIS          )
 7   SANABRIA, MICHELLE CABALLERO,       )
     EDMUND BREZINSKI, and LAURA         )
 8   WAXWEILER,                          )
                                         )
 9                        Plaintiffs,    )
                                         )
10        vs.                            ) No.
                                         ) 1:11-CV-050065
11   ILLINOIS STATE BOARD OF             )
     ELECTIONS, WILLIAM M.               )
12   MCGUFFAGE, JESSE F. SMART,          )
     BRYAN A. SCHNEIDER, BETTY J.        )
13   COFFRIN, HARROLD D. BYERS,          )
     JUDITH C. RICE, CHARLES W.          )
14   SCHOLZ, and ERNEST L. GOWEN,        )
                                         )
15                        Defendants.    )

16           The deposition of DONALD MANZULLO, called

17   by the defendant for examination pursuant to notice

18   and pursuant to the Rules of Civil Procedure for the

19   United States District Courts pertaining to the

20   taking of depositions, taken before Amy M. Spee, a

21   notary public within and for the County of Cook and

22   State of Illinois, at 70 West Madison Street, 55th

23   Floor, Chicago, Illinois, on the 7th day of October

24   2011.
```

1

```
 1        APPEARANCES:

 2            MAYER BROWN, LLP, by
              MS. LORI E. LIGHTFOOT
 3            71 South Wacker Drive
              Chicago, Illinois 60606-4673
 4            (312) 782-0600
              lightfoot@mayerbrown.com
 5                for the plaintiffs;

 6            POWER, ROGERS & SMITH, P.C., by
              MR. DEVON C. BRUCE
 7            70 West Madison Street
              55th Floor
 8            Chicago, Illinois 60602
              (312) 236-9381
 9            dbruce@prslaw.com
                  for the defendants.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

```
 1                         I N D E X

 2     Witness:                                    Page

 3     DONALD MANZULLO

 4          Examination by:

 5               Mr. Bruce                            4

 6

 7

 8

 9                       E X H I B I T S

10     Number                                      Page

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

1   and it came out just a few hours before it was voted
2   on.  How could you comment on something that you
3   can't see.
4        Q    Can I have my question --
5        A    I had no idea that this would ever happen
6   to my district.  It's always been up against the
7   Mississippi river, always gone western to the --
8   always gone to the east and Rockford has never been
9   divided.  I had no idea, no inclination anybody would
10  be that cruel and divide that city.
11       Q    Have you ever spoken to the mayor much
12  Rockford?
13       A    Yes.
14       Q    And what has the mayor of Rockford --
15       A    Easy absolutely upset over this.
16       Q    So mayor more see?
17       A    Mayor more see is out raged over it because
18  he knows the work I have done for that city.
19       Q    When did Mr. Mayor Morrissey tell you that
20  he was out raged about the division of Rockford into
21  two Congressional districts?
22       A    Well, it would have been after the map came
23  out.  I can't tell you when and where but I did
24  personally talk to him, he was very upset.

```
 1        Q    Tell me his exact words?
 2        A    I can't remember his exact words.
 3        Q    Okay.
 4        A    But he was out raged.  He was very upset
 5   and so is Scott Christianson, who is the chair of
 6   county board.
 7        Q    Now, I think we digressed.  I simply asked
 8   you, did you ever send anyone on your behalf to any
 9   of the redistricting committee hearings?
10        MS. LIGHTFOOT:  And that's been asked and
11   answered.
12   BY MR. BRUCE:
13        Q    Go ahead you can answer, congressman?
14        A    No.
15        Q    Okay.  And when did you first retain
16   counsel to represent you in the redistricting
17   process?
18        MS. LIGHTFOOT:  Objection.  Relevance.
19        THE WITNESS:  I don't know.
20   BY MR. BRUCE:
21        Q    Well, was it before or after the map was
22   passed?
23        MS. LIGHTFOOT:  Objection.  Relevance.
24        THE WITNESS:  I think it was before, but...
```

31