# EXHIBIT B

**Helfrich, Gretchen**

---

| | |
|---|---|
| **From:** | Lightfoot, Lori |
| **Sent:** | Friday, October 14, 2011 8:31 AM |
| **To:** | 'dbruce@prslaw.com'; 'Bergetz, Carl'; 'Kasper Michael' |
| **Cc:** | Douglas, Dana S.; Panoff, Thomas |
| **Subject:** | Deposition of Rockford Mayor Morrissey |
| | |
| **Importance:** | High |

Devon: I understand that you have recently renewed acquaintances with your former law school classmate, Mayor Morrissey of Rockford. The good Mayor has agreed to submit himself for a deposition in this matter. I suggest Monday October 24th if his schedule permits. I told him that I would be happy to travel to Rockford for the deposition. Please let me know if that date works so that I can confer with the Mayor's scheduler about his availability. Of course if that date does not work for anyone on your side, please suggest alternative dates. Thanks.

Lori E. Lightfoot
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
312-701-8680 ph
312-701-7559 fx