# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| COMMITTEE FOR A FAIR AND BALANCED MAP, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 11-C-5065 |
| v. | ) ) | Hon. John D. Tinder |
| ILLINOIS STATE BOARD OF ELECTIONS, *et al.*, | ) ) ) | Hon. Joan H. Lefkow Hon. Robert L. Miller, Jr. (3-judge court convened pursuant to |
| Defendants. | ) | 28 U.S.C. § 2284) |

## STIPULATION AND AMENDED SCHEDULING AND PRE-TRIAL ORDER

This matter coming before this Court and the parties having agreed to the content of this Order, **IT IS HEREBY ORDERED** pursuant to Federal Rule of Civil Procedure 16(b), that this Court's scheduling and pre-trial Orders of August 11, 2011 (Dkt. 32) and September 29, 2011 (Dkt. 69) are amended as follows:

**I.    Discovery**

    A.    Defendants' expert witness, Dr. Allan J. Lichtman, is permitted to submit a supplemental expert report by October 27, 2011, limited in scope and page length as agreed to by the Parties.

    B.    Plaintiffs are granted leave to take the deposition of Dr. Lichtman on November 2, 2011.

**II.    Plaintiffs' Motion for Permanent Injunction**

    A.    Plaintiffs' motion for a permanent injunction shall be filed no later than November 4, 2011, and the memorandum of law and fact in support thereof shall not exceed 45 pages.

    B.    Defendants shall file their response memorandum of law and fact no later than November 14, 2011, which shall not exceed 45 pages.

**III.** **Pre-Hearing Disclosures**

    A.    All disclosures required to be made before the hearing on Plaintiffs' motion for a permanent injunction, including any statement of the issues, names of witnesses, exhibits, experts, or other evidence, shall be made no later than November 7, 2011.

**IV.** **Hearing**

    A.    The Court's hearing on Plaintiff's motion for a permanent injunction shall take place November 17-18, 2011.

Dated: October 26, 2011

Respectfully submitted,

By: /s/ Lori E. Lightfoot

Tyrone C. Fahner
John A. Janicik
Lori E. Lightfoot
Joshua D. Yount
Dana S. Douglas
Thomas V. Panoff
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 782-0600
(312) 701-7711 – fax

*Attorneys for Plaintiffs*

By: /s/ Jonathan A. Rosenblatt

Brent D. Stratton
Carl T. Bergetz
Jonathan A. Rosenblatt
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-3000
(312) 814-1154

*Attorneys for Defendants*

Enter:

_____ _____

Date Judge