IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| COMMITTEE FOR A FAIR AND BALANCED MAP, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 11-C-5065 |
| v. | ) ) | Hon. John D. Tinder |
| ILLINOIS STATE BOARD OF ELECTIONS, *et al.*, | ) ) ) | Hon. Joan H. Lefkow Hon. Robert L. Miller, Jr. (3-judge court convened pursuant to |
| Defendants. | ) | 28 U.S.C. § 2284) |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION IN *LIMINE*
TO BAR JUAN RANGEL**

Defendants, ILLINOIS STATE BOARD OF ELECTIONS et. al., by and through their counsel, Special Assistant Attorneys General Larry R. Rogers, Sr. and Devon C. Bruce, responds to Plaintiffs' Motion in *Limine* to Bar Juan Rangel as follows:

Juan Rangel is the President and CEO of United Neighborhood Organization (UNO). (Ex. K- Rangel dep., p. 11). UNO is undisputably one of the most significant Latino community organizations in the City of Chicago. The mission of UNO is the empowerment of Hispanic communities, which includes leadership development programs and involvement in issues relevant to the Hispanic community such as housing, employment, immigration and education. (Ex. K- Rangel dep., p. 12) UNO owns and operates 11 schools in the City of Chicago with over 5,400 students. (Ex. K- Rangel dep., p. 11)

Defendants intend on calling Juan Rangel to testify that both he individually, as well as the organization he represents, supported the map passed by the General Assembly. Specifically, Mr. Rangel is expected to testify that he, UNO and other Latino organizations in Chicago supported the Congressional map that was passed into law. He is expected to testify

similar to former Congressman Bill Lipinski that all of the Latino Illinois State legislators voted for and supported the map that was ultimately passed into law. Specifically, defendants expect there to be testimony that the following legislators are Latino and each voted for the map that was passed into law: Representative Acevedo, Representative Arroyo, Representatives Berrios, Representative Chapa LaVia, Representative Crespo, Representative Hernandez, Representative Soto, Senator Delgado, Senator Munoz, Senator Sandoval and Senator Martinez. (Ex. H-Lipinski dep., p. 38-41) Defendants expect that Mr. Rangel to lay the foundation for a photograph which has been disclosed on defendants' exhibit list that shows Mr. Rangel together with Congressman Luis Guitterrez and numerous Latino leaders in Chicago at the time they announced their collective support for the map. Specifically, Mr. Rangel is expected to testify that the individuals shown in the photograph are: From left to right: Jorge Perez, HACIA, Omar Duque, Illinois Hispanic Chamber of Commerce, Maria Socorro Pesqueira, Mujeres Latinas En Accion, Alderman George Cardenas, Alderson Danny Solis, Jose Luis Gutierreez, National Alliance of Latino American and Caribbean Communities, Senator Martin Sandoval (partially obstructed), Juan Rangel, Congressman Luis Gutierrez, Alderman Ricardo Munoz, Senator Tony Munoz, Elba Aranda-Sub, Spanish Coalition for Jobs, Rep. Edward Acevedo (partially obstructed) and Raul Raymundo, Resurrection Project.

Plaintiffs take issue with the fact that Mr. Rangel did not examine the demographics of the adopted map and did not have direct involvement in the adoption of the map at issue in this case. However, if this objection were to be applied to the *plaintiffs' fact witnesses,* none of the plaintiff fact witnesses would be allowed to testify at trial. As fully set forth in defendants' motion in *limine* to bar fact witnesses, none of the plaintiffs' fact witnesses, either congressional or non-congressional, have any knowledge whatsoever of the demographic detail of either the

partisan or the Latino percentages of VAP in any district. The important distinction between Mr. Rangel and the plaintiffs' four non-congressional fact witnesses is that Mr. Rangel is a major, undisputed leader in the Latino community here in Chicago.[1] Wherefore, defendants respectfully request that this court deny the Plaintiffs' Motion to Bar Juan Rangel and allow him to testify including to the following topics:

A. He is the Chief Executive Officer of United Neighborhood Organization, a major Latino organization in Chicago; and

B. He and the organization he serves, the United Neighborhood Organization, plus numerous Latino community organizations and Latino elected officials supported the Congressional map at issue, which includes one Latino majority district; and

C. That all of the Latino members of the Illinois General Assembly supported the Congressional map that was passed into law.

Respectfully Submitted,

/s/ Devon C. Bruce
Counsel for Defendants

Larry R. Rogers, Sr.
Devon C. Bruce
Power, Rogers & Smith
70 West Madison, #5500
Chicago, IL 60602
#312/236-9381

---

[1] In contrast, one of the plaintiffs' witnesses is solely involved in this case due to the request of Mr. Craig Burkhart. Mr. Burkhart is a known and prominent member of the Republican party and has held such positions as counsel to the Republican leader to the Illinois House of Representatives, General Counsel of the Illinois Republican party and National President of the Republican National Lawyers Association.