**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| COMMITTEE FOR A FAIR AND BALANCED MAP, et al., | ) <br> ) Case No. 1:11-cv-05065 <br> ) <br> ) Hon. John D. Tinder <br> ) Hon. Robert L. Miller, Jr. <br> ) Hon. Joan H. Lefkow <br> ) <br> ) (3-judge court convened pursuant <br> ) to 28 U.S.C. § 2284) |
| Plaintiffs, | |
| v. | |
| ILLINOIS STATE BOARD OF ELECTIONS, et al., | |
| Defendants. | |

**ORDER REGARDING ELECTION ACTIVITIES AND THE ELECTION CALENDAR
REGARDING ILLINOIS PUBLIC ACT 97-14**

This matter coming before this Court pursuant to this Court's November 7, 2011 Order (Dkt. 107), **IT IS HEREBY ORDERED**:

1. In the event that any of the boundary descriptions of the districts described in Illinois Public Act 97-14 are changed as a result of this litigation, the special conditions set out in this Court's Order dated August 23, 2011 (Dkt. 38) shall continue to apply to nominating petitions for all established party candidates for the office of the United States House of Representatives.

2. The Illinois State Board of Elections shall not accept any nominating petition for the office of the United States House of Representatives prior to December 21, 2011. If any of the boundary descriptions of the districts described in Illinois Public Act 97-14 are changed as a result of this litigation on or before December 21, 2011, or if the Court denies Plaintiffs' Motion for a Permanent Injunction (Dkt. 104) on or before December 21, 2011**,** the following dates and deadlines solely for the office of the United States House of Representatives shall be changed as follows:

    a. Friday, December 23, 2011, shall be the first day, commencing at 8:00 a.m., for candidates of established political parties to file original nomination papers in the principal office of the State Board of Elections (per 10 ILCS 5/7-12(1), 8-9);

    b. Tuesday, December 27, 2011, shall be the last day (by 5:00 p.m.) for candidates of established political parties to file original nomination papers in the principal office of the State Board of Elections (per 10 ILCS 5/1-4, 7-12(1), 8-9);

    c. Wednesday, January 4, 2012, shall be the last day (by 1:00 p.m.) for filing objections to the nomination papers of all candidates who filed for a congressional office (per 10 ILCS 5/7-12.1, 7-13, 10-8); and

    d. Tuesday, January 17, 2012, shall be the last day for the State Board of Elections to certify the names of Congressional candidates to the county clerks (per 10 ILCS 5/7-14).

3. If the Court has not ruled on Plaintiffs' Motion for a Permanent Injunction (Dkt. 104) and the boundary descriptions for congressional districts are still in dispute by December 21, 2011, the Court shall direct the parties to submit an agreed order regarding the schedule for acceptance of nominating petitions for office of the United States House of Representatives, or file with the Court motions setting forth their proposed schedule for the acceptance of nominating petitions for office of the United States House of Representatives and for any other relief that is necessary.

4. The State Board of Elections may serve objections by overnight mail instead of by registered mail.

5. On or before November 23, 2011, defendant Illinois State Board of Elections shall send written notification to all local and county election officials and all Boards of Election Commissioners in the State using the following language:

**Dear [Insert Office]:**

**Pursuant to an Order of the United States District Court for the Northern District of Illinois in the matter of** *Committee for a Fair and Balanced Map, et al. v. Illinois State Board of Elections, et al.,* **No. 11-c-5065, the filing deadlines related to the office of the United States House of Representatives have been modified. Please see the attached Court Order.**

**Sincerely,**

**Illinois State Board of Elections**

6. On or before November 23, 2011, defendant Illinois State Board of Elections shall similarly post on its public website and any other place in which it routinely and regularly communicates with local and county election officials, Boards of Election Commissioners, candidates for office of the United States House of Representatives and the general public,

**\*\*\* NOTICE REGARDING CONGRESSIONAL NOMINATING PETITIONS AND ELECTION CALENDAR \*\*\***

**Pursuant to an Order of the United States District Court for the Northern District of Illinois in the matter of** *Committee for a Fair and Balanced Map, et al. v. Illinois State Board of Elections, et al.,* **No. 11-c-5065, the filing deadlines related to the office of the United States House of Representatives have been modified. Please see the attached Court Order.**

**SO ORDERED**:

DATE: November 22, 2011

_____
JUDGE JOAN HUMPHREY LEFKOW
United States District Court
for the Northern District of Illinois